Common Cause N.Y v. BOE

16 - cv - 6122

The parties in this action hereby agree to the following :

1.) Notice to Voters

Defendants shall provide the following language:

If you believe you are registered to
vote and your name does not
appear in the poll book, you are
entitled to an affidavit ballot.
Your vote may be counted.

through the following means:

- Website ( NYC BOE homepage in splash
  banner, all five languages )
- press release to notify public to be
  submitted to the Board's standard
  distribution list.
- tweet from the NYC BOE twitter account.

Plaintiffs shall provide translation to Defendants.

All to be done by Monday, 11/07/2016 by COB

2

The NYC BOE shall instruct its phone bank staff to provide the above information to voters who inquire regarding voting when not in the poll book.

2. Notice to Poll workers

Defendants shall provide the following language to poll workers:

Pursuant to Court Order, you are required to offer an affidavit ballot to any individual who believes he or she is a registered voter. You must also advise the individual that he or she will receive notice as to the status of whether the ballot was ~~will be~~ counted.

Such language will be distributed via the poll site tablets unless the BOE is advised ~~not~~ to not activate them at the poll site. In such event, Defendants shall make a good faith effort to communicate the above ~~notice~~ information to its poll workers.

I hereby agreed to on 11/4/2016

on behalf of Plaintiffs: _____

May K. Chiang

Dechert LLP

on behalf of Defendants: _____

ACC

As ordered.

/s Nicholas G. Garaufis

USDJ

Brooklyn NY

Nov. 4, 2016

7:45 pm