UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

COMMON CAUSE, et al.,                                    NOTICE OF APPEARANCE

                Plaintiffs,

                                      Civil Action No.
          -against-                         CV-16-6122

BOARD OF ELECTIONS IN THE CITY
OF NEW YORK, et al.,                                     (Garaufis, J.)
                                       (Scanlon, M.J.)

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

          PLEASE TAKE NOTICE that ROBERT L. CAPERS, United States Attorney for

the Eastern District of New York, MICHAEL J. GOLDBERGER, Assistant United States

Attorney, of counsel, hereby enters an appearance in the above-captioned action as attorney for

proposed Plaintiff-Intervener United States of America. The undersigned certifies that he is

admitted to practice in this Court.

Dated: Brooklyn, New York
       January 12, 2017

                                     ROBERT L. CAPERS
                                     United States Attorney
                                     Eastern District of New York
                                     271 Cadman Plaza East, 7th Fl.
                                     Brooklyn, New York 11201

                By:                /s/
                                     MICHAEL J. GOLDBERGER
                                     Assistant U.S. Attorney
                                     (718) 254-6052
                                     Michael.goldberger@usdoj.gov