IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMON CAUSE NEW YORK, as an organization and on behalf of its members; BENJAMIN BUSCHER; SEAN HENNESSEY; REBECCA LIBED; ANDREW GERALD; SUSAN MILLER; and SARAH MILAM;<br><br>    Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Proposed Plaintiff-Intervenor,<br><br>v.<br><br>BOARD OF ELECTIONS IN THE CITY OF NEW YORK; MARIA R. GUASTELLA, FREDERIC M. UMANE, JOSE MIGUEL ARAUJO, JOHN FLATEAU, LISA GREY, MICHAEL MICHEL, MICHAEL A. RENDINO, ALAN SCHULKIN, SIMON SHAMOUN, ROSANNA VARGAS, in their official capacities as Commissioners of the Board of Elections in the City of New York; and MICHAEL J. RYAN, in his official capacity as the Executive Director of the Board of Elections in the City of New York,<br><br>    Defendants. | Case No. 1:16-cv-06122-NGG-VMS<br><br>[PROPOSED] ORDER |

**[PROPOSED] ORDER**

  Upon consideration and for good cause shown, the United States' Motion to Intervene (ECF No. 17) is GRANTED. The United States shall file and serve its Complaint in Intervention as expeditiously as possible. Defendants shall respond to the United States'

pleadings on or before February 6, 2017, or within 21 days after being served with the Complaint in Intervention, whichever is later.

So ordered.

SO ORDERED.

Dated: Brooklyn, New York
January 17, 2017

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge

2