IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMON CAUSE NEW YORK, as an organization and on behalf of its members; BENJAMIN BUSCHER; SEAN HENNESSEY; REBECCA LIBED; ANDREW GERALD; SUSAN MILLER; and SARAH MILAM;<br><br>                Plaintiffs,[1]<br><br>    v.<br><br>BOARD OF ELECTIONS IN THE CITY OF NEW YORK; MARIA R. GUASTELLA, FREDERIC M. UMANE, JOSE MIGUEL ARAUJO, JOHN FLATEAU, LISA GREY, MICHAEL MICHEL, MICHAEL A. RENDINO, ALAN SCHULKIN, SIMON SHAMOUN, ROSANNA VARGAS, in their official capacities as Commissioners of the Board of Elections in the City of New York; and MICHAEL J. RYAN, in his official capacity as the Executive Director of the Board of Elections in the City of New York,<br><br>                Defendants. | [~~PROPOSED~~] ORDER<br><br>Case No. 1:16-cv-06122-NGG-RML |

### [~~PROPOSED~~] ORDER

Upon consideration and for good cause shown, the New York State Attorney General, Eric T. Schneiderman's ("NYAG"), Motion to Intervene (ECF No. **27**) is GRANTED. The

---

[1] On January 12, 2017, the United States Department of Justice submitted a letter-motion to intervene, which was granted by this Court on January 18, 2017. ECF No. 22.

NYAG shall file and serve its Complaint in Intervention as expeditiously as possible. Defendants shall respond to the pleadings on or before February 6, 2017, or within 21 days after being served with the Complaint in Intervention, whichever is later.

SO ORDERED.

Dated: Brooklyn, New York
       January 27, 2017

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMON CAUSE NEW YORK, as an organization and on behalf of its members; BENJAMIN BUSCHER; SEAN HENNESSEY; REBECCA LIBED; ANDREW GERALD; SUSAN MILLER; and SARAH MILAM;<br><br>     Plaintiffs,[1]<br><br>  v.<br><br>BOARD OF ELECTIONS IN THE CITY OF NEW YORK; MARIA R. GUASTELLA, FREDERIC M. UMANE, JOSE MIGUEL ARAUJO, JOHN FLATEAU, LISA GREY, MICHAEL MICHEL, MICHAEL A. RENDINO, ALAN SCHULKIN, SIMON SHAMOUN, ROSANNA VARGAS, in their official capacities as Commissioners of the Board of Elections in the City of New York; and MICHAEL J. RYAN, in his official capacity as the Executive Director of the Board of Elections in the City of New York,<br><br>     Defendants. | [PROPOSED] ORDER<br>Case No. 1:16-cv-06122-NGG-RML |

### [PROPOSED] ORDER

Upon consideration and for good cause shown, the New York State Attorney General, Eric T. Schneiderman's ("NYAG"), Motion to Intervene (ECF No. 27) is GRANTED. The

---

[1] On January 12, 2017, the United States Department of Justice submitted a letter-motion to intervene, which was granted by this Court on January 18, 2017. ECF No. 22.

NYAG shall file and serve its Complaint in Intervention as expeditiously as possible. Defendants shall respond to the pleadings on or before February 6, 2017, or within 21 days after being served with the Complaint in Intervention, whichever is later.

SO ORDERED.

Dated: Brooklyn, New York
       January 27, 2017

_____
NICHOLAS G. GARAUFIS
United States District Judge