

1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734  Direct
+1 212 698 0684  Fax

April 26, 2017

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Court for the Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    ***Re:***    *Common Cause New York v. BOE*, 1:16-CV-06122-NGG-RML

Dear Judge Levy,

Per the Court's March 29, 2017 Order, the private plaintiffs in *Common Cause New York* submit this status report with the consent of all parties.  As noted in Defendants' request for an extension of time to answer the complaints in intervention (Dkt. 43), the parties are currently engaged in settlement negotiations in an effort to reach a mutually agreeable resolution.  Defendants' answers to the complaints in intervention are now due May 19, 2017 (Order dated April 17, 2017).

Respectfully submitted,

*/s/ May Chiang*

May Chiang

cc:   All counsel (by ECF)