

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0684 Fax

May 19, 2017

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Court for the Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re:*    *Common Cause New York v. BOE, 1:16-CV-06122-NGG-RML*

Dear Judge Levy,

Per the Court's April 27, 2017 Order, the private plaintiffs in *Common Cause New York* submit this status report with the consent of all parties. Since the parties' last status report on April 26, 2017 (Dkt. 45), the parties have continued to engage in settlement negotiations. Discussions remain ongoing. The United States and the NY AG have consented to the Defendants' most recent request for a one-month extension to answer the complaints in intervention, and Defendants' request for additional time is pending with the Court (Dkt. 46).

Respectfully submitted,

*/s/ May Chiang*

May Chiang

cc:    All counsel (by ECF)