

1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734  Direct
+1 212 698 0684  Fax

June 23, 2017

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Court for the Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    ***Re:***    *Common Cause New York v. BOE, 1:16-CV-06122-NGG-RML*

Dear Judge Levy,

Per the Court's May 22, 2017 Order, the private plaintiffs in *Common Cause New York* submit this status report with the consent of all parties.  Since the parties' last status report on May 19, 2017 (Dkt. 47), the parties have continued to engage in settlement negotiations.  Discussions remain ongoing. The Court recently granted Defendants' request for a one-month extension to answer the complaints in intervention, and Defendants' answers are due on July 19, 2017.

Respectfully submitted,


*/s/ May Chiang*

May Chiang

cc:    All counsel (by ECF)