

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0684 Fax

October 6, 2017

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Court for the Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    *Common Cause New York v. BOE, 1:16-CV-06122-NGG-RML*

Dear Judge Levy,

Per the Court's September 28, 2017 Order, the private plaintiffs in *Common Cause New York* submit this status report with the consent of all parties. The parties had a productive meeting on October 2, 2017, and we believe that we are on the verge of settlement. For now, we would like to keep the October 20, 2017 in-person conference on the Court's calendar in case any issues arise.

Respectfully submitted,

*/s/ May Chiang*

May Chiang


cc:    All counsel (by ECF)