

U.S. Department of Justice

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 31, 2017

VIA ECF

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Common Cause et al v. Board of Elections in the City of New York*
           Civil Action No. CV-16-6122 (NGG/RML)

Dear Judge Garaufis:

    On behalf of all parties, Plaintiff-Intervenor United States of America hereby respectfully submits for so ordering a fully executed proposed Consent Judgment and Decree, settling the above-referenced action.[1]

    The parties are prepared to respond to any questions or concerns that the Court may have.

                                 Respectfully Submitted,

                                 BRIDGET M. ROHDE
                                 Acting United States Attorney

                By:     _____/s/_____
                           Michael J. Goldberger
                           (718) 254-6052
                         Michael.Goldberger@usdoj.gov

cc:     All counsel (By ECF)

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the caption has been amended to substitute as defendants new members of the New York City Board of Elections who were appointed since the action was commenced. This has no substantive effect on the Court's jurisdiction or the authority of the parties to enter into the proposed Consent Judgment and Decree.