# APPENDIX A –
# NYCBOE TIMELINE CHART

