# APPENDIX B –
# NYCBOE Reporting Schedule

**List Maintenance Unit (LMU) — Borough & General Office**

**Monthly, Semi-Annual, and Annual Reporting Timelines**

| Month | Reporting | | Month | Reporting | |
|---|---|---|---|---|---|
| **January** | Monthly, by the 15th | | **July** | Monthly, by the 15th | |
| **February** | Monthly, by the 15th | Semi-Annual | **August** | Monthly, by the 15th | Semi-Annual |
| **March** | Monthly, by the 15th | Annually, by 3/1 | **September** | Monthly, by the 15th | |
| **April** | Monthly, by the 15th | | **October** | Monthly, by the 15th | |
| **May** | Monthly, by the 15th | | **November** | Monthly, by the 15th | |
| **June** | Monthly, by the 15th | | **December** | Monthly, by the 15th | |