# APPENDIX C –

# Technical Action Plan

# Registration Cancels and State Synchronization Issues
# Technical Action Plan

| Phase | ACTIVITY | Responsible Parties | Start Date | End Date |
|---|---|---|---|---|
| **Research** | | | | |
| | Prelim Investigation of NYC/NYS mismatch | n-Tier/MIS | 4/18/2016 | 4/18/2016 |
| | Develop Exec Mgmt requested comparison lists | MIS/n-Tier | 4/19/2016 | 4/29/2016 |
| | Develop lists for NY State BOE | n-Tier | 5/2/2016 | 5/2/2016 |
| | Joint Conference Call | BOE/SBOE/n-Tier | 5/10/2016 | 5/10/2016 |
| | Technical review of NYC/NYS Interface | n-Tier/SBOE | 5/10/2016 | 5/19/2016 |
| **Remediation** | | | | |
| | Increase retention of NYC-NYS transactions | n-Tier | 5/11/2016 | 5/18/2016 |
| | Exec Mgmt requests removal of Info66 ITC | Exec Mgmt | 5/18/2016 | 5/18/2016 |
| | Remove Info66 ITC Function from AVID | n-Tier | 5/18/2016 | 5/18/2016 |
| | Split interface by county and function | n-Tier | 5/19/2016 | 5/31/2016 |
| | Add job support and tracking to interface | n-Tier | 5/24/2016 | 6/2/2016 |
| | Add support for weekly reconciliation audit | n-Tier | 5/31/2016 | 6/2/2016 |
| **Restitution** | | | | |
| | Reinstated voters cancelled through 2015 Info66 ITC who voted by Affidavit | n-Tier/BOE | 5/19/2016 | 5/19/2016 |
| | Reinstate additional voters cancelled 2015 Info66 ITC who voted by Affidavit | n-Tier/MIS | 5/24/2016 | 5/24/2016 |
| | Reinstate all Kings County 2015 Info66 ITC Cancelled Voters | n-Tier | 6/6/2016 | 6/6/2016 |
| **Reformation** | | | | |
| | Request "FailSafe" AVID Project | Exec Mgmt | 2/2/2017 | 2/2/2017 |
| | Identify broad enhancements for "FailSafe" | n-Tier/BOE | 2/3/2017 | 2/15/2017 |
| | Finalize FailSafe project objectives | n-Tier/BOE Mgmt | 2/16/2017 | 2/16/2017 |
| | Borough Mgmt FailSafe AVID Conference | n-Tier/BOE | 2/27/2017 | 2/27/2017 |
| | Fail Safe Project Planning | n-Tier | 3/1/2017 | 3/21/2017 |
| | Kickoff Meeting for FailSafe AVID | Project Team | 3/22/2017 | 3/22/2017 |
| | Fail Safe AVID and DOJ Report Development (see Fail Safe AVID project plan for details) | n-Tier/BOE | 4/9/2017 | 6/1/2018 |
| | AVID Operation Center | n-Tier | 9/1/2018 | 4/2019 |
| | AVID 6.5 List Maintenance Support | n-Tier/BOE | 12/2018 | 8/2019 |