# APPENDIX D –
# AVID 5.5 Release Notes

# AVID Desktop Client Version 5.5 Borough Release Notes



## Overview

AVID 5.5 introduces several new features to the AVID Voter Registration System. Combined, these features address requirements for Department of Justice Reporting and new voter status control. AVID 5.5 functions have been scheduled and rolled out in three distinct deliveries:

- DOJ Reporting
- Returned Mail Processing
- Voter Status Changes

No additional borough work or knowledge is required for DOJ Reporting. Therefore, information regarding this new AVID 5.5 feature has been documented in a separate release note for MIS use.

## A) AVID 5.5 Functions for Returned Mail Processes

We have added new queues to the AVID Voter Registration System to comply with mandated reporting requirements. The new queues effect the processing of return mail. It is now critical that any return mail be batched for scanning in one of the seven queues identified in the table below based on the purpose described in the second column:

| Queue | Purpose | Resultant Voter Status | Activity | Notes |
|---|---|---|---|---|
| **Ret Mail** | Queue for mail returned to BOE where forwarding address is outside of the city of New York. | X | 83 | Existing AVID functionality. |
| **Ret Mail No Fwd** | Queue for mail returned to BOE with no forwarding address. | X | 146 | New activity needed for DOJ reporting. |
| **Ret Mail Correct** | Queue containing mail returned to the BOE with incorrect address information (possible BOE | A | 144 | New activity needed for DOJ reporting. |

| | | | | |
|---|---|---|---|---|
| | error) that can be corrected through normal registration/quality process. | | | |
| **Confirm from Voter** | Queue for confirmation applications that have been completed by the voter and returned to the BOE. | A | 150 | New activity needed for DOJ reporting. |
| **Confirm Move from Voter** | Queue for confirmations that have been completed by the voter who confirm move and returned to the BOE. | P | 151 | New activity needed for DOJ reporting. |
| **Undelivered Confirm** | Queue for confirmation returned as undeliverable. | X | 149 | User should flip address back to original address before address change. AVID mail will send a second confirmation notice to original address. |
| **Returned Cancellation** | Queue for returned cancellation notice affidavits that have been completed by the voter and returned to the BOE. | A | 158 | |

Please make sure that the voter status identified in the third column of the grid is the status you expect for the voter registrations scanned in your batch. **Please note: No matter what else is changed during your Registration or Quality sessions; the voter status will be set to the Resultant Voter Status shown in the grid for the corresponding queue which you have scanned your batch.**

### B) AVID 5.5 Functions for Voter Status Changes

n-Tier has added six new features to better control voter statuses in AVID 5.5. Three of the functions streamline processes which in previous versions of AVID required help desk tickets to accomplish. These include reinstating a voter, opening a voter record for another county, and moving a WIP transaction from one county to another.

In addition to this streamlining, AVID 5.5 helps meet the requirement to make bulk status changes to voter records in extraordinary circumstances. This new feature places stringent procedural approval upon a feature that should be used on rare occasions.

Another AVID 5.5 status update feature replaces the old way of using the potential duplicate report to weed out duplicates from the registration rolls. A new Potential Merge queue has been added to review potential duplicates in a systemic way. This approach has significant added benefits over the report approach. Two of the most important are:

a) once borough staff has processed a potential duplicate voter pair that pairing is not shown in the queue again
b) that management can see the progress each borough is making against potential duplicates.

The sixth and final voter status update is a new prohibition rather than new functionality. This feature removes the automatic reactivation of a voter simply based on an AVID user "Duplicate ID" request under the AVID action menu. As of AVID 5.5 all reactivations will need to be done based on either new registration work items received or through AVID Corrections with bi-partisan signoff.

Each of the six AVID 5.5 voter status changes are explained further in the following procedures:

1. Voter Reinstatement

In previous versions of AVID, no modifications could be made to a canceled record. While this is still true, borough staff will no longer need to send a Help Desk ticket to have a voter reactivated. Now, the borough supervisory staff with approval from a user of the other party can reactivate a voter.

When a work item is being processed and the user matches it to a cancelled voter, instead of receiving the error message that "Changes to a Cancelled Record Not Allowed", AVID further prompts the user as follows:



If the user selects 'Yes', then the work item is escalated with escalation reason 'Voter Reinstatement'. A user with management authority processing this work item, will automatically reinstate the voter. In addition, the work item is not saved until a member of the opposite party with Quality authority verifies the work performed including the voter reinstatement.

2. Open Voter Record for Another County

On occasion, one or more voter documents can be linked with an incorrect voter of another borough. When this is noticed, the voter document or documents can be moved off to another existing voter using the merge facility. However, in previous versions of AVID, borough staff were required to send a Help Desk ticket to open the previously covered voter for the correct borough.

In AVID 5.5 the open for another borough can be done using AVID Corrections. All user must do is bring up the desired voter in Corrections and select "Open Voter for Another County" from the Mgmt Update menu:



The user then selects the borough to which the voter record should now belong. Note the user's current borough is not selectable (Manhattan in the case below):



Also, note the following error is displayed when this function is attempted outside of Corrections.



### 3. Move Transaction to Another County

On occasion, a document or electronic transaction might be sent to the wrong borough for processing. When this occurs, board staff are trained to escalate the work item for reason of "Not in Borough". In the past, supervisory staff would then request that the transaction be moved using the Help Desk email function.

Moving the transaction to another borough can now be performed directly within AVID. As usual the work item is escalated for 'Not in Borough', then a user with escalation queue permissions selects the work item from the escalation queue and selects "Move Transaction to Another County" from the Mgmt Update menu:



The user then selects the borough to which the work item should now belong. Note the user's current borough is not selectable (Manhattan in the case below):



Note, the following warning appears when a user attempts to move a transaction to another borough that was not escalated for reason of "Not in Borough":



## 4. Bulk Status Changes

Bulk status changes permit the Board to change the status of one or more voters to support extraordinary cases in rare events, to fully comply with:

- New York State election law 5–220. Registration; challenge after registered
- Exceptional cases of 5–402. Cancellation of registration.
- Reinstatements of Erroneously Cancelled Voters
- Reactivations of Erroneously Inactivated Voters

The bulk status procedures in AVID are intentionally difficult to fully execute. They require four individual signoffs, two from the Chief and Deputy of the requesting borough and two additional central office signoffs from users granted list management authority, one from each of the two major parties. The procedures will document and archive who requested the status changes and when. Who signed off, and which voters were expected to be affected and which were. Importantly, this archive does not supplant the need for good communication through email concerning bulk status requests.

While all chiefs, deputies, and the two list managers have access to the Bulk Status management, only a Chief or Deputy can create or delete bulk status change definitions.

To create a bulk status change definition a chief or deputy must select "Bulk Status Change" from the Mgmt Update menu:



The Bulk Status Changes List then appears. If a chief or deputy is signed on, only their borough bulk status definitions will show. Central office list coordinators will see definitions from all boroughs:



The user can select an existing bulk status definition from the list or if the user is a Chief or Deputy, they can select the "Add" button to create a new definition or the "Delete" button to delete only definitions that have not already run.

Upon selecting the "Add" button, a blank bulk status definition screen is displayed:



The chief or deputy enters a Project Name, proposes an estimated run date, gives a detailed description of the voters to be included in the Bulk Status Change run, and uses the provided

drop downs to identify the Final Status Code and Final Activity to be given to all voters of the Bulk Status Change run.

Optionally, if the chief or deputy want a notice to be sent prior to final status update, they can select a Notice to Send from the drop-down list, a Waiting Period in Days to wait before final action is taken. Also, the chief or deputy can select to move the voters to a different status and assign a different activity upon generation of the Notice.

Lastly, the chief or deputy selects the Sign Off button and the Save button:



While these steps initiate the Bulk Status process, several more steps must occur before the bulk status changes are made.

These additional steps, beyond initial definition, include other users selecting to edit the definition from the Bulk Status List to:

1) Signoff by borough counterpart (Chief, if deputy created definition, or vice versa) and they notify MIS.
2) *Using its own tools, MIS develops the SQL Query adds it to the definition and generates the list of Potential Voters affected.*
3) The borough Chief and Deputy review the list using the **View Potential List** button:



4) The chiefs notify central office that the list is correct through email.
5) The Central Office list coordinators review the definition and potential voter list and sign off bulk status change run for the proposed date.
6) Once all have signed off, central office emails the MIS Help Desk and the job is run on the date specified.

In the completed Bulk Status Change Definition sample provided on the next page (for illustrative purposes only), note that the bulk status change depicted has the effect to reinstate voters not cancel or inactivate them.

Also, in this example, no waiting period or waiting status was specified. Importantly, for this change to have been carried out citywide, each borough would have its own separate bulk status change definition and accompanying run.



At any time after this example run, an authorized user (Chief, Deputy, or list coordinator) could view the list of voters affected by the run by selecting the "View Actual List" button for the selected bulk status change. This may include a slightly different list of voters than the "View Potential List" as various voter registration transactions may have occurred prior to the actual bulk status change run.

*Note new roles have been added to AVID security for this function. Requests to MIS will be needed to add Chief, Deputy, or List Maintenance roles to an AVID user.*

## 5. Potential Merge Function

For some years now, the New York State Board of Elections has been sending electronic transactions to the City Board to identify possible duplicates of voters from other NYS counties outside of New York City. In addition, locally, MIS has generated lists of potential duplicates for the boroughs to work to determine if there are duplicate voters within the city.

As of AVID 5.5, the boroughs may process the potential city duplicates in a similar fashion to the way they process state NYSDup electronic transactions. To do so, AVID 5.5 implements the "Potential Merge" queue to both the Transaction Registration and Transaction Quality Queues:



While the process is like the NYSDup queue in that the Reg or Quality clerk will select a "thumbs up" or "thumbs down" icon to indicate whether a duplicate exists, the information provided to the user and final action taken are different.

Since, both voters are contained within the AVID system, AVID software provides an electronic notification with more details than the state NYSDup notification. This will include most recent activities (up to eight provided on the notification). Also, up to the last three election events in which the potential duplicate voter has participated is also displayed in the notification.

Importantly AVID can take the process a step further than the state NYSDup process can. While a similar name and date of birth comparison is made to select potential duplicates like the state process, AVID will compare many more fields on the two voter records to point them out in the notification.

For instance, AVID will indicate any of the following:

- Birth Dates are different
- Names are not exact
- Last 4 digits of the Social Security are different
- The driver's licenses do not match
- The genders differ

The AVID clerk can compare the notification with the potential duplicate voter to determine if these differences are due to handwriting interpretation, user error, or are truly two different voters.

Note to do this in AVID 5.5, in some instances, it may be helpful to bring up a second instance of AVID Inquiry.

Below is a sample Potential Merge Notification. It will be presented like any other work item in the left side of the AVID Registration or Quality.

Potental Merge ( VSN: K0362970) from MIS Duplicate Run

Voter with most recent processed document: 301072427
Most recent activities (up to 8) for K0362970:
04/21/2017 - CH POLLSITE INFO
     from: B0396  to: 11420
03/17/2017 - CH EDAD - REAPP
     from: 030/051  to: 075/051
04/16/2013 - CH POLLSITE INFO
     from: 0000  to: B0288
07/10/2012 - CH POLLSITE INFO
     from: 0000  to: B0288
05/24/2012 - CH EDAD - REAPP
     from: 065/051  to: 030/051
06/27/2002 - CH VOTER EDAD
     from: 061/51,004/51  to: 065/51
02/27/1996 - CH SCH BD FLAG
     from: Y  to: N

Most recent voter history (up to 3) for K0362970:
Date: 09/10/2013 - 20130910 PR
Date: 11/02/2004 - 20041102 General
Date: 11/07/2000 - 20001107 General

Voter Name: NEREIDA PENA    Reg Date: 19800101    Status: A
Date of Birth: 19470306    Gender: F  Party:DEM
Residential Address:
  442 57 STREET  Brooklyn
Mailing Address:

Driver Lic#:   Last 4 SSN:
  Previous Name:
  Previous Address:

AVID Voter Comparison performed at Jun 22 2017 11:32AM
.....Birth dates differ.

Signature:

duly sworn."
X Nereida Pena 9/12/88

Just like a NYSDup transaction, the notification will be brought up with the potential duplicate in context shown to the right side of the notification.



The user should indicate whether they feel the two voters are duplicates (by selecting the "thumbs up" icon) or not (by selecting the "thumbs down" icon). Just as in the NYSDup queue, agreement between Reg and Quality must occur before AVID takes any action. Like the NYSDup queue, a bounce to the opposite party occurs until agreement is reached.

Unlike the NYSDup queue, upon agreement from both parties that the voters are duplicative, a merge automatically occurs with the oldest voter remaining active and the newer one cancelled for reason DUPLICATE (Z'd out in EASY terms). Most recent data from the latest update is contained in the voter remaining active. In addition, all voter documents and history are moved to the active voter automatically.

In some unusual cases, a straight automatic merge of the data may not be desirable. In these cases, it may be simpler to do a manual merge using the Merge Facility for the two voters.

When you would like to perform a manual merge for the two voters identified in a Potential Merge transaction, simply select "Use Merge Facility for Work Item" from the Actions menu:



AVID will automatically take you to the merge facility with the two VSNs prefilled.

## 6. Prohibition of Reactivation through "Duplicate ID"

AVID will no longer allow a user to send a Duplicate ID using the Actions menu "Duplicate ID" option for any voter that is in Inactive Status. The voter must be reactivated by normal means first. Should a user attempt to do this, the following message will be displayed:

