

**BOARD OF ELECTIONS IN THE CITY OF NEW YORK**

**POLICIES AND PROCEDURES**

# LIST MAINTENANCE PROCEDURES

Adopted by the Commissioners of Elections on
December 17, 2019

# LIST MAINTENANCE PROCEDURES

## Table of Contents

AVID Overview .................................................................................................... 1.0

Roles and Responsibilities ................................................................................... 1.1

Registration Process ............................................................................................ 1.2

AVID Voter Search Action Buttons .................................................................... 1.3

Receiving new Registration Forms ..................................................................... 2.0

Scanning to Another Borough ............................................................................ 2.1

Coded Registrations ............................................................................................ 2.2

Entering Registrations Forms in AVID .............................................................. 2.3

The AVID Registration Toolbar ......................................................................... 2.4

Table of Status Codes ......................................................................................... 2.5

AVID Voter Maintenance .................................................................................... 2.6

Voter Search Data Entry ..................................................................................... 2.7

Inquiry ................................................................................................................. 2.8

Finding a Voter .................................................................................................... 2.9

Confidential Registration for Domestic Violence Victim .................................. 2.10

Quick Step by Step AVID Voter Registration .................................................... 2.11

Change Process .................................................................................................... 3.0

AVID Voter Match ............................................................................................... 3.1

Affidavit Ballot Envelope as a Source of Transfer of Registration ................... 3.2

Voters who Move Between NY State Counties (Inbound) .................................. 3.3

Voters who Move Between NY State Counties (Outbound) ................................ 3.4

Quick Step by Step Changes ............................................................................... 3.5

Support for Potential Duplicate, Felon, and Deceased List Maintenance .......... 3.6

Felony Conviction Election Law ......................................................................... 3.7

Inactive Military Voters ...................................................................................... 3.8

Undelivered Absentee Ballots ............................................................................. 3.9

USPS Reports (Change of Address) .................................................................... 3.10

Periodic GEO Change Redistricting (GEO Resync) .......................................... 3.11

Enrollment Changes (Yearly Party Change) ...................................................... 3.12

Correction Request Form .................................................................................... 3.13

**Voter Corrections** ............................................................................................................................... **3.14**

**Voter History**........................................................................................................................................ **3.15**

**Response to E-mail Inquiry/Request Procedures** ........................................................................... **3.16**

**Escalation**.............................................................................................................................................. **3.17**

**Quality Control** .................................................................................................................................... **3.18**

**NYSVoter**.............................................................................................................................................. **4.0**

**Management Reporting Review** ......................................................................................................... **5.0**

**Management Reporting** ....................................................................................................................... **5.1**

**Management Reports** ........................................................................................................................... **5.2**

**Selecting a Management Report**.......................................................................................................... **5.3**

**List Maintenance Reports** ................................................................................................................... **5.4**

# 1.0   AVID OVERVIEW

AVID is the abbreviated name for the Archival Voter Images and Data system, created by The Board of Elections in the  City of New York.  The List Maintenance Department maintains the accuracy of the Voter Registration Records, in AVID, using the tools and guidelines provided by the New York State Election Law, New York State Board of Elections Rules and Regulations, NVRA and the Procedures of The Board of Elections in the City of New York.

# 1.1   <u>ROLES AND RESPONSIBILITIES</u>

### (A) List Maintenance Department:

o   Ensure the name of each registered voter appears in the citywide voter registration list.

o   Update name or party enrollment of all voters for whom a notice of change is received.

o   Remove names of ineligible voters from the citywide voter registration list.

o   For Federal Elections, prevent the removal of names of ineligible voters within 90 days of an election.

o   For State and Local Elections, prevent placing voters in "inactive status" between June 1 and the date of the General Elections and/or within 90 days of the spring primary.

o   Transfer the registration and enrollment of all voters for whom a notice of change of address within New York State is received.

o   List Maintenance staff complete all transactions applying to existing voters.

o   List Maintenance Managers and Supervisors perform a daily audit of transactions completed by List Maintenance staff and workflow progress by reviewing reports utilizing the Management Tool in AVID.

### (B) Voter Registration Department:

o   Processes Registration forms where no existing voter is indicated.

The AVID system is comprised of these two programs that allow voter *images* and *data*  to be captured and viewed:

1.   <u>*AVID Scan Station*</u> – used to scan voter documents
2.   <u>*AVID Registration System*</u>  – used for all other voter registration functions

# Functions Supported by the AVID System

AVID supports several Board of Elections (Board) functions; most significantly, the daily acceptance and processing of Registration forms. AVID provides complete support for both images and voter data involved in the registration process. Below is a list of business functions supported by AVID.

## 1.2   REGISTRATION PROCESS

The voter registration process includes all functions necessary to accept, process and maintain voter documents.

**(A) Voter documents that trigger the AVID Registration Process (Documents are either full-f-page or half-h-page):**

- Registrations Forms
- Agency-Based Registrations
- CAF – USPS
- DMV Registrations
- Affidavit Ballot Envelopes
- Absentee Ballot Application
- Military/Federal Ballot Envelopes
- Code D Forms
- Code 9 Forms
- Signed/Written Communication from the Voter

**(B) Transactions supported within Registration Process upon scanned entry of any of the above documents:**

- New Voter Add
- Address Change (Transfer)
- Generate Missing Information Letter
- Name Change
- Enrollment Change
- Resume Suspended Registrations

**(C) Registration Maintenance Workflow**

There are seven (7) major activities within the Registration Maintenance Workflow.

1. **Suspend Queue Match**

    When a voter registration is received by the Board with vital information missing:

    - The Registration Department sends the voter a **Request for Missing Information Letter**.
    - A registration image and barcode is included with the letter and the voter is instructed to provide the missing information on the coded registration image.
    - Upon receipt of the missing information from the voter, the coded registration image, the image is scanned into AVID.
    - The scanning process identifies such form as a suspended work item from its barcode.
    - The suspended work item is linked with the new scanned image, any work performed on the original submission is reclaimed.
    - The activity of the Suspend Queue Match is automated.

2. **Registration**
   Such tasks are performed using the Registration function:

   - **Duplicate Voter Check** − To prevent adding duplicate voters to AVID for any transaction type (New Voter, Change of Address, Change of Enrollment, Name Change, etc.), the staff completes a Duplicate Voter Check. AVID runs duplicate checks on all registration work items that create new voter records. Users will see a list of possible duplicates and reasons in the **Quality Review** tab.

   - A Work item cannot be saved unless all possible duplicates have been addressed.

   - In the **Quality Review** tab, AVID displays the latest document and signature for the selected voter for comparison.

   ○ **Updates** − Staff enters updates from the Registration form image into the proper fields in AVID.

   ○ **Signature Clipping** − Staff uses the computer mouse to clip the voter signature form image and paste it into the appropriate field in AVID.

   ○ **Registration Validation** − AVID validates the voter data pursuant to New York State Election Law and rules for accepting voter registrations based on transaction type.

   ○ **Missing Information Letter Request** − Staff confirms the missing information and activates a system-generated letter to the voter advising of the additional information required.

   ○ **Escalation Request** − Staff selects this option when a supervisory staff determination is necessary to complete processing the form.

   ○ **Registration Save** − Staff clicks **Save** after making voter entries, completed validation and any potential duplicate issues have been resolved.

3. **Preparation of Documents**
   New Registration forms are received daily from various sources. Such documents are sorted and batched by document type and are dated and timestamped according to Date and Timestamp guidelines (page 14).

4. **Scan**
   Scan Operators use the AVID Scan Stations to convert a paper document into a computer image. Registrations forms are scanned and stored by batch and alphabetized.

5. **Quality Control**
   A bipartisan (Dem/Rep) team reviews each new registration or voter record change in AVID for accuracy. This step displays the data entry by the Registration Clerk and the signature clipped. Using the **AVID Quality** function, the Quality Control (QC) Clerk makes any necessary data corrections or re-clips of the voter's signature. The QC Clerk checks for potential duplicate voter registrations before completing changes to the registration.

6. **Escalation**
   This function is used when there are issues requiring resolutions by a supervisor (examples: the GEO system rejected the voter's address or other reason for incomplete processing).

   The **AVID Escalation** function permits supervisors to review work in the escalation queue and

resolve any issues.

7. **Manage/monitor process**
   AVID logs all operator activity.  The **AVID Management** function has screens and  reports
   that display registration output and processing status.  Real-time productivity information in AVID
   optimizes the Board's ability to manage and  monitor the registration process in all boroughs.

## 1.3   AVID VOTER SEARCH ACTION BUTTONS



**Citywide dropdown menu**
Located in the upper right corner of the **Voter Search** screen

Citywide is the default search

Click the dropdown arrow to select a borough

---

**Enter = Find**

Located at the bottom of the screen
Referred to as the **Find** button in this document
Users can click the **Find** button or press **Enter** on the keyboard to conduct a search

---

**Esc = Clear**

Located at the bottom of the screen
Referred to as the **Clear** button in this document
Users can click the **Clear** button or press **Esc** on the keyboard to clear search results

---

**Right-Click = Duplicate Research**

Located at the bottom of the screen

Referred to as the **Duplicate Research** button in this document
Users can click the **Duplicate Research** button or right-click on a voter name to choose a Resolution.

## 2.0   RECEIVING NEW REGISTRATION FORMS

The Board receives new Registration forms daily from these various sources:
- Over the Counter/Walk-Ins
- Incoming mail received by the Post Office
- Electronically

**(A) OVER THE COUNTER/ WALK-INS**
- Individuals who visit a Board Office to complete a Registration form are considered walk-ins.
- Check to see that the Registration form is completed properly and signed by the applicant. Front Counter staff maintains a Daily Tracking Report. The report records all walk-in registration forms for the office location.



| ID | County | Code | Date | Posting Year | Initials | FRONT COUNTER (VOTER completes and signs in person ) | DELIVERED IN PERSON COMPLETED REGISTRATIONS (1 or many) | MEMO |
|---|---|---|---|---|---|---|---|---|
| 7765 | QUEENS | q | | 2018 | | 0 | 0 | |
| 7654 | QUEENS | Q | 6/5/218 | 2018 | ME | 3 | 45 | 2BK |
| 7152 | QUEENS | Q | 1/2/2018 | 2018 | GL | 0 | 2 | |
| 7153 | QUEENS | Q | 1/3/2018 | 2018 | GL | 0 | 1 | |
| 7154 | QUEENS | Q | 1/5/2018 | 2018 | GL | 0 | 1 | |
| 7155 | QUEENS | Q | 1/8/2018 | 2018 | GL | 0 | 3 | |
| 7156 | QUEENS | Q | 1/9/2018 | 2018 | GL | 0 | 1 | |
| 7157 | QUEENS | Q | 1/12/2018 | 2018 | GL | 0 | 4 | |
| 7158 | QUEENS | Q | 1/18/2018 | 2018 | GL | 0 | 6 | |
| 7027 | QUEENS | Q | 1/19/2018 | 2018 | BC | 1 | 0 | |
| 7159 | QUEENS | Q | 1/22/2018 | 2018 | GL | 0 | 5 | |
| 7160 | QUEENS | Q | 1/24/2018 | 2018 | GL | 0 | 3 | |

- Registrations forms are sorted by borough and form type: (DMV,  Regular Registrations, Agency).

- Registrations forms are date and timestamped and routed to the List Maintenance Department.

- Organ Donor cards **MUST** be removed from the Registration form.

  - Organ Donor cards are sent  to the NYS Department of Health weekly.
  - Organ Donor card information is tracked by the number received and sent to the NYS  Health Department by each borough office.

**(B) FROM THE GENERAL OFFICE**
- General Office staff receives Registration forms from multiple sources and batches them according to borough.
- Staff from each borough office picks up Registration forms to be processed in a particular borough from the General Office, each day.
- Each batch of Registration forms from the General Office has a Transmittal Sheet distinguishing the type of registration (DMV, Agency, Code 9/D, No Code), the total number of Registrations forms and the assigned borough for receiving the registrations forms for processing.
- Borough Office staff processes Registration forms.

**(C) REGISTRATION DRIVES**
- Prior to elections, the Board generally receives an influx of Registration forms from various voter registration efforts.
- Staff **must date and timestamp the right hand margin** of each form.
- Staff is instructed "**Do not stamp over or obstruct the HAVA ID information.**"
- Staff processes registrations forms according to these procedures.

**(D) REGISTRATION SORTING PROCEDURE AND FORMS**

Sort, Date and Timestamp **all Registration forms** before placing them in the box marked
**FOR BOARD USE ONLY.**

**SORTING**
- Staff sorts Registration forms by type: (DMV, Agency, Regular Registrations, Borough and Other Jurisdictions).
- Staff maintains all DMV and Agency registrations forms with their transmittals.
- Staff sends out of borough Registration forms by interoffice mail to the correct borough.
  - During peak periods, the boroughs will scan the Registration form to the correct borough. **See scan to another borough procedures (page 11)**.
  - If the Registration form is for a jurisdiction outside the City of New York, it is mailed to the correct County Board of Elections.

**FORMS**
- Record on the tracking sheets:
  - The number of registrations forwarded to other boroughs.
  - The breakdown of each type: coded registration forms (D and 9)) and non-coded Registration form batches.

## 2.1   <u>SCANNING TO ANOTHER BOROUGH</u>

If a Registration form is received by an incorrect borough for processing, the receiving borough will scan the Registration form and transmit same to the appropriate borough. The receiving borough will send an email to the appropriate borough advising receipt of scanned Registration forms into the borough queue.

- All Registration forms must be timestamped
- Registration forms  are scanned to the respective boroughs in batches of 25
- Scanning station staff
  - Logs on to scanner
  - Selects form type
  - Clicks on priority
  - Clicks borough
  - Scans forms

## 2.2   CODED REGISTRATIONS

**(A) Two Registration forms have specific codes: 9 – Local Law Agencies and D- CUNY**

**SAMPLE – Code 9 – Local Law Agencies**

**SAMPLE – Code D - CUNY**



The Date and Timestamp on Registration forms is required to ensure that Registration forms are processed within 21 days as required.

The Date and Timestamp must be properly positioned to ensure important information is not covered, including the voter's signature and party enrollment. Use the box marked, **For Board Use Only**.

**(B)** The proper place to Date and Timestamp the Registration form is shown below.



**(C) MISSING DATE AND TIMESTAMP**
- Pull all Registration forms that are missing a date and timestamp.
- Clock each on the right hand margin and avoid stamping over the voter's signature.
- Return those Registration forms to the proper batch.

**(D)** The following procedures ensure Board compliance with the Help America Vote Act (HAVA) and other federal and state law.  When processing new Registration forms AVID is be able to  determine compliance with HAVA criteria.

**First time voter registrants within New York State must include one or more of the following information:**

- Driver's license/Non-driver's license number
- Last four digits of an individual's  Social Security number
- Copy of a recent utility bill, bank statement, government check, paycheck, or other government document that shows name and address of the voter
- If a first time voter Registration form includes required identification, process the form.
- If a first time voter Registration form **is missing** required identification, issue an  **Identification Required Letter**.
- If a voter Registration form is received from a current voter in the system, add the identification information into AVID, if provided.

# (E) SAMPLE – Registration Form



**(F)** The AVID registration process is comprised of several steps:
- Registration
- Quality (Bipartisan staff)
- Escalation (Bipartisan staff)
- Correction (Bipartisan staff)

## 2.3   ENTERING REGISTRATION FORMS IN AVID

Go to Board of Elections application page and **click the AVID icon.**

Log in with your AVID **User** name and **Password**.



> **Note:** AVID Log in ID's and Passwords are different from the Network Security ID's and Passwords used to access or login to desktop computer.  The Log in ID's and Passwords are unique for each user.

1. The AVID Registration Home Screen displays with the AVID Registration Toolbar.

2. Make sure the correct borough is displayed on the top of the tool bar,



3. If assisting another borough under the authorization of the Borough Chief and Deputy, that borough will replace your current boroughs' name in the tool bar.

- If assistance is required a Borough Chief and Deputy will forward a list of staff names to MIS to provide access to the borough records in AVID.

- When assistance is no longer required, the Borough Chief and Deputy will send an email to MIS to terminate the rights of the assisting staff.

## 2.4   THE AVID REGISTRATION TOOLBAR

The AVID Registration Toolbar (shown below) is the starting point for the AVID application.  Icons at the top of the toolbar are used to execute AVID functions. The icons and functions that display are based on the level of security access granted to the user.

**AVID Functions**



Hovering over each icon with your mouse displays the icon functions.

**Scanner** – Click this item to scan documents into AVID.

**Printer** – Click this icon to **Print** voter information.

**Barcode** – Click this icon to see voter's **Barcode Scan Voter History**.

**Inquiry** – Click this icon to display the voter's information and any relevant  documents in AVID.

**Voter Corrections** –Click this icon to modify the voter's record for absentee processing, a cancellation, status   change, or to make data corrections.

**Voter Match** - Click this icon to conduct a Voter Match

**Queues** – Click the "Q" icon, this will show all the queues, including quality.

**Save** - Click this icon to save voter record.

**Escalation** – Click this function to route the processing document to registration supervisors for review.

**Send letter** – Click this icon to send letter to voter.

**Delete work item** – Click this item to delete a work item.

**System version** – Click this icon to view the AVID system version.

**Management**  – Click this function to access various dropdown selections, including reports.

## 2.5 TABLE OF STATUS CODES

| CODE | STATUS OF CODE |
|------|----------------|
| A | Active |
| P | Postponed |
| V | Voter Request – removed from registration list at request of voter |
| X | Inactive |
| Z | Deleted by an Administrator due to an error |
| 1 | Moved |
| 2 | Status X-2 (NVRA) |
| 3 | Death |
| 4 | Felony |
| 7 | Adjudicated Incompetent |

## 2.6 AVID VOTER MAINTENANCE

(A) Follow these steps to process a Registration form:

1. **Click** the **Q** icon.



2. The **Select Working Queue** screen displays.



(List of queues as of November 1, 2019)

3. **Click** on a **Work Queue**.

   • If there are no documents in the queue, this message displays: **NO ITEMS AVAILABLE**.



## (B) THE REGISTRATION DATA ENTRY SCREEN



**(C) Upon processing a voter registration record AVID automatically performs three duplicate checks:**

      1.   License Number or Non Driver ID
      2.   4-Digit SSN and Date of Birth
      3.   Last Name, First Name, Date of Birth, Address

- **Working Document** – The scanned image of voter document received by the Board.

- **Voter Signature Clip** – The scanned signature image on the voter document. The initial signature clip is created automatically based on document type. To manually clip the signature for better accuracy see **Clipping Signature (page 31)**.



- **Voter Search Field** – This portion of the screen allows the entry of data from the current **Working Document** to conduct a proper voter search.



**(D)** **The above screen displays the following information for the registered voter selected:**

- **Poll Site and Political District Information**
- **Absentee Information** – displays permanent or temporary absentee voter designation.
- **Activity** - displays all activities and/or changes to the voter's record made by BOE.
- **Voting History** – displays voter's election participation

**(E)** If the Registration form indicates a different mailing address than the residential address, click the **Mailing Address** button. The Label for Mailing Address screen appears. Enter the mailing address information as provided and change voter type to **H-(R)Mail ADDR**.

**Line 1 –**
**Street Address/Apartment or Suite**

**Line 2 –**
**Borough/State/ZIP code**



## 2.7   VOTER SEARCH DATA ENTRY

**(A)** Before entering data, confirm that the Working Document Form Type matches the form type displayed in the AVID functions.



- Contact a supervisor if the form type on the screen is incorrect.
- If incorrect form type is confirmed, a supervisor will delete the document and select the correct form type.

**(B) Check that all required information is present on the Registration form**.

- Applicant **must meet** the statutory age requirement.
- Required  information that **must be provided** before registering the voter:

  - Signature
  - Date of Birth
  - US Citizenship Attestation
  - Complete Residence Address (cannot be a PO Box address)
  - Full Name (First and Last Name)

If all required information is present, staff will complete signature clip and save document.

**(C)** If required information is missing from the Registration form or the form is damaged, click the **Send Voter Letter** icon.

If the applicant is already a registered voter and provides a new Registration form (with or without any changes) and fails to answer Question 1 "Are you a citizen of the U.S.? , do not update the voter registration and process a **Missing Information Letter** - selecting "are you a citizen" box.



- A dropdown menu displays.

- **Select the appropriate letter** (Normal, Student or Motor Vehicle) and any of the missing information boxes that apply.

- Click **OK**.

- A system-generated letter along with a copy of the Registration form will print and is mailed to the registrant. The image of the working document is saved  in the **Suspend Queue** until the voter responds or for one year, whichever comes first.

**(D)** Once the completed Registration form is received and scanned, the document appears on the registration screen along with the voter data information for review and completion.

- Clip the voter's signature.



**(E)** When complete, click **Save** to send the image to **Quality Queue**.

- If no edits are required, the working document disappears and the next document displays.
- If edits are required, a dialog box displays prompting the user to make corrections. If the problem cannot be resolved, click the **Escalate work item** icon.
  - The working document will route into the **Escalation Queue** for further processing by a Supervisor.

## 2.8  <u>INQUIRY</u>

**(A)** The **Voter Inquiry** function is used to view the following about registered New York City voters:

- Imaged documents on file
- Signatures
- Voting history
- Activities processed by BOE
- Poll site information
- Absentee information

Under Election Law, the Board provides limited public access to view the **Voter Inquiry** function on computer terminals in the General Office and at the Borough Offices.

**(B) Follow these steps to make a Voter Inquiry:**

1. Click the **Inquiry** icon on the AVID Registration screen.



2. The **Voter Search** field displays:



3. Enter the voter search criteria.
   Click the **Find** button–see **Finding a Voter (next page)** for more  details.



4. A list of voter records matching the criteria displays or **No Matches Found for Voter Search** displays.
   (You may need to use the scrollbar to view the entire list of matching records).

## 2.9   FINDING A VOTER

(A) Use **Find Voter** to perform voter search  in AVID. Follow these steps:

1. Enter the Voter Search criteria:  **Last Name**, **First Name**. Select the **Borough** or **Citywide**.



2. Click the **Find** button. If  the name of the voter has been entered in the data field in Registration or Quality, the name will display  automatically in the voter search field.



3. A list of voter records matching the criteria displays or **No Matches Found for Voter Search** displays. Voter records that display with a **red background** are in cancelled status.

4. Perform one of the following:

- Click the **Clear** button and enter different search criteria.
- Use the scrollbar to view the entire list of matching records.
- Click the **No Match** button if it is not a duplicate voter registration.
- Click a record from the list. When the record is highlighted, right-click to conduct a **duplicate research**.

- **Duplicate Research** - to compare working document with images in the archive for the selected voter. See **Duplicate Research Procedures** below.
  - The **Duplicate Research** button is visible when **Find** voter is selected from inquiry, Registration, Quality and Escalation.

- **Use Selected Voter** button - If the voter record matches the current working document, copy all the data fields for the selected voter.
  - The **Use Selected Voter** button is visible only when **Find Voter** is selected from Registration, Quality and Escalation. The button **does not display** when Inquiry is selected.

**(B)** Duplicate Research Procedures

1. The **Duplicate Research** screen allows comparing an existing voter record to a Working Document – this includes signature comparison to assist in a duplicate registration determination. **See the screen shown below**.



2. **Follow these Duplicate Research steps:**

- After following the **Find Voter** steps, click on the voter record to highlight the name selected.

- Click the Duplicate Research button.

- The working document and the registration record of the selected voter will display.

- View and compare the documents. Compare the spelling of the name, date of birth, previous and current addresses and signatures.

- The below message will display:



- **Delete work in process card** - Select this option for a duplicate registration – use when a previous registration was scanned **on the same day** and **all** information is the same.

- **Take no action…not a duplicate of current work item** - Select this option when the working document is not a duplicate. The screen is replaced with t h e working document and data fields.

- Select one of the choices in the displayed message and click **OK**
- If no duplicate was found, enter the information as a new registration.

## 2.10 <u>CONFIDENTIAL REGISTRATION FOR DOMESTIC VIOLENCE VICTIM</u>

**(A)** A victim of domestic violence presents a valid court order issued by either Family Court or Supreme Court, requiring a confidential registration record.

- Such domestic violence – confidential registration records must be kept separately.

- Each borough office shall assign a bipartisan team to manage domestic violence confidential registration records.

**(B)** If a voter is a new registrant:

- Do not add voter to your registration system and NYSVoter.

- Keep all confidential voter registrations in hardcopy only.

  - Do not scan or digitize.

  - Keep in the dual-locked secure storage location designated by the Borough Chief and Deputy.

- Acknowledge the registration and advise the voter that record will be kept confidential as required by statute and the court order.

**(C)** If a registered voter submits a proper court order requiring a confidential voter registration record:

- Cancel the voter, using a cancellation code Z, which reflects an administrator has performed the cancellation.

  - If the voter's address is the same as in the record being cancelled, remove/change the voter's address in the purged record.

  - Print out a copy of the Registration form before cancelling voter. Attach the copy to the court order and put documents in the dual-locked secure storage location designated by the Borough Chief and Deputy.

   **\*Without a court order, all voter records remain public.**

## 2.11 <u>QUICK STEP BY STEP AVID VOTER REGISTRATION</u>

- Click on the **Q** icon to access **Work Queues**

- Registration form screen displays

- Voter information is populated into the fields on the screen
    - Check to determine all vital information is present on the Registration form.

- Date of birth

- Citizenship

- Address (must be within the 5 boroughs)

- Full name

- Correct registration age

- Signature

    - If any of the information is missing, voter cannot be registered and a **Missing Information Letter** is sent to voter.

    - Click applicant response to **Citizenship**.

- If **"No"** is checked, enter information and send **Not a Citizen Letter** along with the Registration form to applicant. Pull document from batch and delete image in AVID

- The Registration routes to the **Suspend Queue** and is not processed
    - Click applicant response to "**I will be 18 years old on or before election day**"
    - Enter **Registration Date, Voter Type, Language, Address, etc.**
    - For a different mailing address, change Voter Type to "**H-(R) Mail ADDR**"
    - Enter the mailing address

**Note:**   For missing identification information, a letter is generated in quality and sent to the voter requesting the information.

**Clip the signature as follows:**
- Place the mouse on the top-left corner of the signature.
- Drag the mouse over the signature and to the right.
- Drag the mouse down to encase the signature in red.
    - **The voter signature should now be in a rectangular box.**
- Click the **Save** icon (at top of toolbar).

## 3.0   CHANGE PROCESS

### (A) Voter Change Process

#### Events that trigger the AVID Voter Change Process

The **Voter Change Process** is initiated in the following ways:

- NY State Duplicate Notice
- Court Notice of Incompetence
- NY State Felony Notice
- National Change of Address (Postal Service Data)
- Absentee processing
- Corrections from voter
- NY State Death Notice
- Returned mail
- Affidavit Ballot Envelope
- Party Change
- Written request signed by voter

**(B)** Voter changes are categorized in AVID as **Absentee Changes** or **All Other Voter Record Changes**.

## 3.1   AVID VOTER MATCH

- Reduces the introduction of the number of duplicate voters on file.
- Enforces citywide uniformity of the process of matching new work items with existing voters.
- Supports automated assignment of work to appropriate staff for either new voter processing or List Maintenance roles.
- Reduces number of staff-initiated voter matching through automated transactional search.
- Voter matching is performed through new functions both automated and staff operated.

**(A) Voter Matched** –Voter search entry from NYSVoter are automatically matched to a voter record, a manual voter search is not necessary.
- NYSDup/NYSDeath/NYSFelon
- E-DMVAddress

**(B) Voter Identified** – staff conducts a **Voter Search** using printed VSN on scanned document.
- Various Returned Mail Queues

**(C) Voter Unknown** – staff must conduct a **Voter Search** to see if voter exists.
- All scanned registration queue.
- Staff with List Maintenance authority selects **Voter Match** from AVID toolbar.
- Staff selects **Document Queue** to do voter matching from dropdown.

- AVID displays the next work item from queue to match.
- Staff enters **all** search criteria that is present on work item document and clicks the **Search** icon.
- Voter appears once in the grid (to the right) with the highest number of criteria matches. To assist the match decision, use the dup research function for any voter with a right mouse click. AVID displays both signatures for a visual signature comparison.

**(D) Potential Outcomes of Voter Match**

- Work item is missing information, voter is sent a Missing Information letter.

- Work item is deleted (identical document).

- No voter is matched.

    - AVID routes work item to **Voter Reg Working Queue.**

- Single voter matched:

    - AVID routes work item to **List Maintenance Working Queue**.

## 3.2  AFFIDAVIT BALLOT ENVELOPE AS A SOURCE OF TRANSFER OF REGISTRATION

**(A)** An active ("A") or inactive ("X") voter moving within the five boroughs of New York City, or into New York City from a county outside of New York City, is not required to re-register to be eligible to vote in an election. If an affidavit ballot envelope shows that a previously registered voter has moved, the Board shall update the voter's registration with the voter's new address and canvass the ballots for all properly completed affidavits.

- An Affidavit ballot envelope of a voter previously residing in a New York county outside of New York City is considered a voter transfer.
    - (Includes all of the other 57 counties in NYS)

- Under circumstances the voter's registration record was PROPERLY CANCELLED AT THE PREVIOUS ADDRESS, the properly completed affidavit envelope will be processed as a voter registration form and the ballot will not be canvassed.

**(B) Processing an Affidavit Ballot Envelope**

1. Check that voter has completed the affidavit envelope.
- Every affidavit envelope MUST contain voter's name, address, and signature. If any of the above is missing, check the miscellaneous box in For BOE Borough Office Use Only section and indicate reason.

2. Perform an Inquiry on the voter using "Voter Search" in AVID.
- If voter is not found in AVID, conduct a search in NYSVoter.
- If voter is not found in NYSVoter, the voter is considered a new registrant. Follow the process to register the voter (page 9).

## 3.3  VOTERS WHO MOVE BETWEEN NY STATE COUNTIES (INBOUND)

### (A) DMV TRANSFERS

For EDMV transfers from another county within New York State into New York City, staff will add the work item into the **DMV Move from Other NYS County Queue**. AVID **Queue** automatically imports all the information for the List Maintenance staff to process.

- List Maintenance staff clicks the voter match icon, selects the **DMV Move from Other NYS County Voter Match Queue** and performs a voter search.
- If existing voter is found in voter match, staff selects voter record and the document is sent to the **DMV Move from Other NYS County Working Queue**.
    - Staff enters the **DMV Move from Other NYS County Working Queue** in AVID. The information from the DMV is already pre-filled in the lower right data entry quadrant in AVID.
    - If an existing voter has a different address than that of the EDMV notification, review information to determine which transaction is more recent. If the transaction referenced in the EDMV notification is more recent, update voter information. If the information in AVID is more recent, delete the image and save the file.
    - If the EDMV notification does not provide the full street number, street name, apt. etc, enter the New York City address from the New Address from DMV Address Change form displayed to complete the voter's address.
- If no voter was found that matches the registration, click "No Match" and the document is sent to the **DMV Move from Other NYS County Working Queue**.
    - Staff enters **DMV Move from Other NYS County Working Queue** and manually adds voter information.
    - Staff reviews information and saves file.
- Processed document routes to the **DMV Move from Other NYS County Quality Queue**.
- Satff of the opposite political party verifies that work has been completed accurately and the file is saved.
- Transfer Notice is generated by AVID and sent to the voter.

### (B) MAIL CHECK TRANSFERS / NCOA / ANY RETURNED MAIL

- When a registered voter moves <u>**into**</u> one of the five boroughs from <u>another county within</u> New York State, the original county may receive returned mail with a forwarding address. The original county should send a copy of the returned piece of mail to transfer the voter to the NYC Board.
- AVID will create a work item from these notifications while doing a NYSVoter lookup. These work items are placed into the **Inbound County Transfer Voter Search Queue**.

- List Maintenance staff clicks the voter match icon, selects the **Inbound County Transfer Voter Search Queue** and performs a voter search.

  - If existing voter is found in voter match, staff selects voter record and the document is sent to the **Inbound County Transfer Working Queue**.

    - List Maintenance staff enters the **Inbound County Transfer Working Queue**, verify the correct voter, verify the address matches the label and click the **save** button.

    - If an existing voter has a different address than that of the other county's returned mail, review information to determine which address is more recent. If the returned mail is more recent, update voter information. If the information on file is more recent, delete the image.

- If no voter was found that matches the registration, click "No Match" and the document is sent to the **Inbound County Transfer Working Queue**.

    - List Maintenance staff enters **Inbound County Transfer Working Queue** and manually adds voter information received from the USPS.

- Processed document routes to the **Quality Queue**.

- Staff of the other political party reviews work for accuracy.  If no corrections are required the file is saved. If corrections are required, the changes are made, and the document is moved to another  Quality Operator for further review.

- Transfer Notice is generated by AVID and sent to the voter.

## 3.4   VOTERS WHO MOVE BETWEEN NY STATE COUNTIES (OUTBOUND)

### (A) NCOA TRANSFERS – Outbound

When processing NCOA transactions that indicate forwarding addresses to a New York State County outside of NYC, the following information is sent to the county BOE in which NCOA notification indicated the voter has moved:

- The AVID NCOA Processor sends an encrypted email with the following documentation to the other NY county:

  - The NYC county and VSN in the subject line

  - A PDF containing the voter details from NYSVoter

  - The new address information from the NCOA Notice and any future party enrollment changes within the body of the email, if applicable

  - A second email with the password to unlock the PDF

  - Confirmation Notice is generated by AVID, sent a Confirmation Notice to the NYC address, and the voter is placed in inactive status.

**(B) <u>MAIL CHECK TRANSFERS – Outbound</u>**

Annually, NYC BOE sends mail to all active voters to provide information required by NYS Election Law using a print vendor.  Such notices serve as verification of current voter addresses. Print vendor processes returned mail and provides the BOE with a data file and images for returned mail items.

When processing mail check transactions that indicate forwarding addresses to a NY county outside of NYC, the following information is sent to the county BOE with the mail check notification indicating the voter has moved:

- New address information from the mail check notice
- Either the VSN or NYSBOE ID

- Confirmation Notice is generated by AVID, Voter will be sent a Confirmation Notice to the NYC address, and the voter is placed in inactive status.

**(C) <u>RETURNED MAIL – OUTBOUND</u>**

- NYCBOE receives forwardable mail for voters who are moving outside NYC <u>to another county within New York State</u>
- The returned mail is scanned into the **Returned Mail Voter Moved out of City Voter Search Queue**

- List Maintenance staff clicks the voter match icon, selects the **Returned Mail Voter Moved out of City Voter Search Queue** and performs a voter search.

  - If existing voter is found in voter match, staff selects voter record and the document is sent to the **Returned Mail Voter Moved out of City Working Queue**.

    - List Maintenance staff enters the **Returned Mail Voter Moved out of City Working Queue**, to verify the voter.

    - List Maintenance staff enters forwarding county and address received from USPS  into AVID an saves file

- Processed document routes to the **Quality Queue**.
- Staff of the opposite political party verifies that work has been completed accurately and the file is saved.
- AVID automatically sends an encrypted email with the following documentation to the other NY county:

  - The NYC County and VSN in the subject line

  - A PDF containing the Returned Mail

  - If applicable future party enrollment changes are indicated

  - A second email with the password to unlock the PDF

- Confirmation Notice is generated by AVID and sent to the voter.

## 3.5 <u>QUICK STEP BY STEP CHANGES (of Name, Address, Apartment, Party)</u>

**(A) If an active (A) or inactive (X) record appears with the same name and date of birth**

- Click on the voter record
- Click the **Duplicate Research** button
  - Both records will display
- View and compare the documents. Compare the spelling of the name, date of birth, previous and current addresses and signatures.
  - Click **Take No Action…not a duplicate of current work item**
  - Click **OK**
  - Select voter record
  - The voter's information displays on the right side of your screen
  - Click on the change type (address, party, name, information update)
  - Enter the HAVA information
  - Make any necessary changes
  - Re-clip voter signature
  - Click **Yes**
  - Click **OK**

**(B)** For a party change, **during the period of February 14th through seven days after the June Primary Election**, enter the party as "FUTURE PARTY" – DO NOT CHANGE the current party.

Example (may display as follows): A registered Democrat changing to a registered Republican - AVID screen should read:

***PARTY***
*Democrat*

***FUTURE PARTY   Republican***

**When a newly filed form does not indicate a party affiliation for a voter actively registered in a party – DO NOT CHANGE PARTY AFFILIATION TO BLANK.**

**(C) If the Registration form has missing vital information:  (i.e. no date of birth, citizenship, missing signature)**

- Click **Send Letter** (upper right of the screen).

## 3.6   SUPPORT FOR POTENTIAL DUPLICATE, FELON, AND DECEASED LIST MAINTENANCE

**(A)** AVID constructs document images from electronic data files transmitted nightly by the NYS Board of Elections. A document image is created from the from the electronic data file for each specific transaction type (Deceased, Dup, or Felon). The document image is added to the Registration Queue for each county based on specific form type. (The images below show the three form types in AVID for processing these transactions):

**(B)** When the user selects the NYSDeath transaction, a form will show in the document image area of AVID. It will be the same size as the REG queue (half page). It will appear similar to the image below:

**Deceased Notification**

**from NEW YORK STATE BOARD OF ELECTIONS**

Deceased Name:  Robert Smith          Address:

Gender: Male                    106-44 159 STREET 3D

Date of Birth:  7/11/59

Date of Death: 1/1/2012         County: Queens

DOH Cert No: 075106          VSN: 301821222

For this queue (and the NYSFelon and NYSDup queues) the voter data will appear pre-populated on the right side of the screen. There is no need for the operator to perform a search to obtain the voter data - the electronic data file from the NYS Board indicates the voter to match against.

**(C)** The AVID Registration screen has been changed - the **Delete** button is replaced with a **No Match** button. The purpose of the Registration queue is either to change the voter status for proper cancellation or if the state information does not match the AVID information on file to click **No Match** button.

If **No Match** is clicked (instead of the normal deletion reasons for other form types) the user will make a selection from a list pertaining to the current form type.

The grid below shows No Match reasons:

| Form Type | Reject Reasons |
|-----------|----------------|
| **NYSDup** | Recent activity, address mismatch, DOB mismatch, Gender mismatch, SSN differs, license number differs, already purged, signature mismatch |
| **NYSDeath** | Recent activity, address mismatch, DOB mismatch, Gender mismatch, already purged |
| **NYSFelon** | Recent activity, address mismatch, DOB mismatch, Gender mismatch, sentence expired, already purged |

**(D)** When the user selects either the NYSDup or NYSFelon form types a half-page form will show in the document image area of AVID. Depending on form type selected, an  image will appear similar to one of the images below:



**Potential Duplicate Notification**
from NEW YORK STATE BOARD OF ELECTIONS

**Information From Orange County:**

Voter Name: Robert Smith          Registration Date: 1/4/2012          Status: Active
Date of Birth: 7/11/59     Gender: Male     Last Voted: 11/08/2004 (Queens)
Residential Address: 25 ALICIA LN WARWICK 10990-4004

Mailing Address: <none>
Email: rsmith3244@aol.com          Telephone: (845) 553-5903     Driver Lic#: 135222093
IDMet: Yes     IDRequired: No   Other ID Provided: No
Previous Name: <none given>
Previous Address: <none given>
Previous County <none given>

Signature:   *Robert J Smith*



**Felony Notification**
from NEW YORK STATE BOARD OF ELECTIONS

Felon Name:  Robert Smith
Date of Birth:  7/11/59     Gender: Male
Address: 42 Broadway New York 10004
PMCode: P
CCN: 63810802Q
Disposition: PG
Charge: PL 16015 048FO
Sentence Date: 01/09/2012
Sentence: 10Y

In the Quality step, the following actions can occur:

- If staff agrees with the Registration Clerk that either the status should be changed or that the reject reason is valid, the user clicks the **Thumbs Up** button.

- If staff determines a rejected transaction should instead have been a valid cancellation, the user clicks **Thumbs Down** and the document moves to another Quality operator for further review.

- If the Quality staff determines a cancelled voter is no match the status is restored to Active and the proper reject reason is selected. The work item is moved to an additional Quality operator for further review.

The processing is identical for each of these transactions (in the system background the potential duplicate is not cancelled until the expiration of the notice period to the voter without reply).).

## 3.7   FELONY CONVICTION ELECTION LAW

**(A)** AN INDIVIDUAL **MAY** REGISTER AND VOTE IN AN ELECTION IF HE/SHE HAS:

1. Been convicted of a felony but has been pardoned,
2. Been convicted of a felony and maximum sentence of imprisonment has expired,
3. Been convicted of a felony and has been discharged from parole,
4. Been convicted of a felony and the execution of a sentence of imprisonment has been suspended,
5. Been convicted of a felony and is currently on probation.
6. Entered a guilty plea or found guilty after trial to a felony, but has not been sentenced

**NOTE:**  Follow the usual voter registration procedure when processing a Registration form and a voter i s a cancelled "code #4 Felony." Treat the registration as "new" and process it.  If the home or mailing address is a correctional facility, refer that Registration form to the Voter Registration  Coordinator.

**(B) Definitions:**

Parole - A person serving a NYS prison sentence may be placed on parole at the discretion of the NYS Board of Parole. While on parole the individual is still "serving" his/her sentence and does not have the right to vote.

Probation - Probation is a sentence imposed by the court as a disposition of a criminal case. The person does not lose the right to vote.

**(C) Registrations must be cancelled if:**

- The individual was convicted of a felony and sentenced to a prison term.
- The individual is on parole after serving a felony term (part of sentence).

**(D) Registrations remains active if:**

- Individuals are eligible to register and vote, if:
  - A Certificate of Relief from Disabilities is received from the court.
  - Individual was pardoned or restored to full citizenship by the President or Governor.
  - Maximum sentence of imprisonment has expired and the person was discharged from parole.
  - Currently on probation for convicting a felony.
  - In jail awaiting a trial or further court action.(May vote by Absentee Ballot using the last residence address.)

**(E) Processing of Paper Copy of Felony Conviction Report Received from State Board of Election -- Check the list in AVID**

- If the individual is an active registered voter (A) or inactive (X) and a cancellation determination is made:
  - Indicate his/her ED/AD and date of registration next to his/her name on the State Felony Notification list which is sent to the Board by the State Board of Election.
  - Cancel his/her registration in AVID with a status "felony" (4).
- If the individual is a voter cancelled with a status "Moved":
  - Perform a citywide search to confirm that the felon is not registered in another borough.
  - If the felon is found registered in another borough with a status A or X, scan a copy of the felony report to the other borough.
  - The receiving borough will take the appropriate steps as outlined above to cancel the voter with a code #4.

**(F) Processing a COURT ORDER DESIGNATING AN INCAPACITATED PERSON (AIP) (commonly referred to as "incompetent")**

- If the individual is an active registered voter (status A) or inactive (status X):
  - Scan court order into AVID and cancel voter designating "Legal".
  - File the Supreme Court Incapacitated Person Order in year order and <u>retain for two years.</u>

- If you find the voter cancelled with a status #1 (i.e. cancelled due to move):
  - Perform a citywide search to confirm that the voter is not registered in another borough.
  - If you find the voter in another borough with a status A or X, scan Incapacitated Person Order to that borough.
  - The receiving borough will take the appropriate steps as outlined above to cancel the voter reason "Legal".

## 3.8   INACTIVE MILITARY VOTERS

**Any Inactive Military Voter who is "Inactive Status" due to undeliverable mail will have their registration cancelled if he/she does not vote in the next two consecutive federal elections after becoming Inactive "X".**

**(A) Military Address**

- On Correction screen, the voter's status is changed from Active "A" to Inactive "X".
- Confirmation notice shall be sent to the voter's military address to ascertain if the voter is still stationed there or whether he/she may have been transferred.
- Inactive voter who does not vote in the next two consecutive federal elections after becoming Inactive "X" will now go from Inactive "X" to 4 Year Inactive – Status 2.

**(B) Permanent Address**

- A confirmation notice shall be mailed to the voter's permanent home address.
- If there is no response, voter remains inactive.

**(C) Voter Responds to Mailing**

- If the Military Voter notifies the Board that he/she has moved no later than the 7th day before the first election in which he/she would be eligible to vote from his/her new military address, the registration and enrollment are reinstated.

## 3.9   UNDELIVERED ABSENTEE BALLOTS

**All Returned and Undelivered Absentee Ballots must be Verified**

**Returned Undelivered Absentee Ballots**

- When an absentee ballot is returned to the Board with no forwarding address <u>or</u> a forwarding address outside of New York City but **within** New York State, the absentee department staff must check voter record against the AVID image: name, address, etc.
- If address was entered incorrectly, the correct address is entered in AVID on Voter Screen and a ballot is resent to the voter not later than one week before the election.
- If address was entered correctly into AVID, absentee department staff must scan ballot envelope into the proper queue and List Maintenance staff will update status to "X" and send a confirmation notice.

## 3.10   USPS REPORTS (CHANGE OF ADDRESS)

The NYC Board receives electronic NCOA transactions data from the NY State Board of Elections. MIS runs queries against the received electronic NCOA report to eliminate any voters with a record of any activity after the USPS address change date.  The remaining data is then categorized into four groups:

- CAF within borough
- CAF within city
- Move to another NYS county outside of NYC
- Move out of state.

AVID will run the sorted information to update voters' records and send proper notices to voters.

**(A) Voters Who Moved Within New York City**

- AVID replaces the present home address with the new address  provided by the USPS. The change appears  on the voter activity screen and an image is created for the voter's record.
- Transfer Notice is sent to the voter

**(B) Voters Who Moved Outside of New York City but Within New York State**

- AVID updates the database with the new address  provided by the USPS. The change appears on the voter activity screen and an image is created for the voter's record.
- AVID changes the voter status from **"A" active to "X" inactive** and a Confirmation Notice is sent to the voter.
- AVID automatically creates an email with the voter's information and sends it to the new county informing them of the voter's move.

**(C) Voters Who Moved Outside the City but Within the US**

- AVID updates the database containing the new address  provided by the USPS. This change appears on the voter activity screen and an image is created for the voter's record.
- AVID changes the voter status from **"A" active to "X" inactive** and a Confirmation Notice is sent to the voter's previous address.

## 3.11 PERIODIC GEO CHANGE REDISTRICTING (GEO Resync)

Political districts may shift as a result of updates made in New York City's Department of City Planning's GEO database.  To resync with the latest updates, the NYCBOE runs the AVID GEO Resync process and the political districts are updated.

The largest GEO Resync process is termed *Redistricting*. This process is run every ten years (in years ending with "2") after the preceding US Census. The NYCBOE updates the voter records in accordance with the New York State redistricting plan(s).   The process is also run the following year to update redistricted New York City Council districts for each voter.

## 3.12   ENROLLMENT CHANGES (YEARLY PARTY CHANGE)

Registered Voters who wish to change their party enrollment must submit an updated registration to the NYCBOE using a Registration form or by electronic update through the New York State Department of Motor Vehicles. New York State Election Law requires that the enrollment change take effect immediately. Any change of enrollment received by the board of elections after February fourteenth of each year and through seven days after the June Primary shall take effect on the seventh day after the June primary election. When any request is received either by a Registration form or electronic transaction, borough staff uses the AVID Client Workstation to change the future party of the voter to that requested by the voter. The change future party transaction must be confirmed by a staff member of the opposite party before an update is made to the future party field held on the AVID database for such voter. One week after the June Primary Election, the Enrollment Changes batch run updates the voters' current party enrollment and erases Future Party data.

## 3.13   CORRECTION REQUEST FORM

### (A) Phone (Board Phone Bank)
- Voter calls with a complaint or advising a correction needs to be made to their voter registration.
- Staff searches AVID to find voter record, then verifies voter information, while the voter is on the phone.
- If the corrections are due to staff error, staff fills out a Correction Request Form and forwards it to the correct borough.
- Correction Notice is received by borough, sorted, and scanned into **Correction Request Form Voter Search Queue.**
- List Maintenance staff clicks the voter match icon, selects the **Correction Request Form Voter Search Queue** and performs a voter search.
- If existing voter is found in voter match, staff selects voter record and the document is sent to the **Correction Request Form Working Queue.**
- Staff enters the **Correction Request Form Working Queue**, verifies the correct voter has been identified, updates voter's record, and saves the file.
    - If there are corrections due to voter error, staff must send a new Registration form.
- The correction form is filed for BOE record retention.
- Processed document routes to the **Correction Request Form Quality Queue**.
- Staff of the opposite political party verifies that work has been completed accurately and the file is saved.
- Upon completion of the process AVID will generate the appropriate notice and send to the voter.

### (B) Phone (Borough Office)
- Voter calls with a complaint or advising a correction needs to be made to their voter registration.
- Staff searches AVID to find voter record, then verifies voter information, while the voter is on the phone.
- Staff clicks on the corresponding VSN.
    - If there are corrections due to the voter error, staff must send a new Registration form.
- If the corrections are due to staff error, staff fills out a Correction Request Form, and scans into **Correction Request Form Voter Search Queue**
- List Maintenance staff clicks the voter match icon, **Correction Request Form Voter Search Queue** and performs a voter search.
- If there is a voter match, staff selects voter record and the document is sent to the **Correction Request Form Working Queue**.

- Staff enters the **Correction Request Form Working Queue**, verifies voter information, updates voter's record, and saves the file.
- The correction form is filed for BOE record retention.
- Processed document routes to the **Correction Request Form Quality Queue**.
- Staff of the opposite political party verifies that work has been completed accurately and the file is saved.
- Upon completion of the process AVID will generate the appropriate notice and send to the voter. .

## (C) In person

- Voter advises borough office of a complaint or that a correction is required to their voter registration information.
- Front counter staff notifies List Maintenance Department.
- List Maintenance staff searches AVID to find voter record, and then verifies voter information, with voter present in the office.
- List Maintenance staff clicks on the corresponding VSN.
  - If there are corrections due to voter error, voter will complete a new Registration form while in the office.
- If the corrections are due to employee staff error, List Maintenance staff fills out a Correction Request Form and scans into **Correction Request Form Voter Search Queue**.
- List Maintenance staff clicks the voter match icon, selects the **Correction Request Form Voter Search Queue** and performs a voter search.
- If there is a voter match, List Maintenance staff selects voter record and the document is sent to the **Correction Request Form Working Queue**.
- List Maintenance staff enters the **Correction Request Form Working Queue**, verifies voter information, updates voter's record, and saves the file.
- The correction form is filed for BOE record retention.
- Processed document routes to the **Correction Request Form Quality Queue**.
- List Maintenance staff of the opposite political party verifies that work has been completed accurately and the file is saved.
- Upon completion of the process AVID will generate the appropriate notice and send to the voter.

## (D) Email

- Borough email folders are checked daily by Supervisors and staff authorized by the Chiefs and Deputy Chiefs.
- Voter sends a complaint or notifies the Board that a correction needs to be made on their voter registration.
- Issues must be addressed immediately by replying to their email.
- Staff prints email correspondence, searches AVID to find voter record and verifies voter information.
- If there are corrections due to the voter error, staff must send a new Registration form.
- If the corrections are due to staff error, staff scans email into the **Correction Request Form Voter Search Queue**.
- List Maintenance staff clicks the voter match icon, selects the **Correction Request Form Voter Search Queue** and performs a voter search.
- If there is a voter match, staff selects voter record and the document is sent to the **Correction Request Form Working Queue**.

- Staff enters the **Correction Request Form Working Queue**, verifies voter information, updates voter's record, and saves the file.

- Upon completion staff files the hardcopy for BOE record retention.
- Processed document routes to the **Correction Request Form Quality Queue**.
- Staff of the opposite political party verifies that work has been completed accurately and the file is saved.
- Upon completion of the process AVID will generate the appropriate notice and send to the voter.

**\*List Maintenance Supervisors will update and maintain the Complaint Log found in the SDRIVE for <u>all</u> complaints received. Hardcopies of the Correction forms are to be filed for BOE retention.**



# 3.14   <u>VOTER CORRECTIONS</u>

The **Voter Corrections** screen is used to correct information entered inaccurately or to make a required adjustment to a voter's record in the AVID system (i.e. a voter name was misspelled or Name Change was entered on a New Registration). By clicking the Voter **Corrections** icon, staff may modify voter information in AVID.
This function is **not used** for registration changes submitted on a new voter Registration form.

   **Follow these steps to make a Voter Change:**

   **Voter Corrections**

   1. Click the **Voter Corrections** icon from AVID Registration Toolbar.



   2.  Enter the voter search criteria.
   3.  Click the **Find** button - see **Finding a Voter (page 27)** for more details.
   4.  Make the voter registration information corrections using the data fields on the right.
   5.  Click **Save**.

6. List Maintenance staff of the opposite political party verifies that work has been completed accurately and the file is saved. Upon completion a message displays: **Voter Successfully Updated**.

## 3.15  <u>VOTER HISTORY</u>

Upon close of polls each night of Early Voting and Election Day, data is uploaded for each voter who checked in to an e-poll book. The data is sent to the State Board, voter history is updated in NYSVoter.

Poll workers use a backup computer generated voter registration list. The voter will sign the printed voter registration list and the printed voter registration list is returned to the Board of Elections at the end of the Election. Board staff will use a handheld scanner to manually record voting history for each voter who signed the voter registration list.

## 3.16    RESPONSE TO E-MAIL INQUIRY/REQUEST PROCEDURES

**(A)** Only authorized staff - with appropriately authorized access privileges, will see the Votermail folder in their current mailbox.

The process of responding to an initial email for a voter is:

1. Email arrives in the VoterMailCO mailbox. The Voter Registration Department will forward it to the appropriate borough by addressing it to the correct mailbox (VotermailBX@boe.nyc, VotermailBK@boe.nyc, VotermailMN@boe.nyc, VotermailQN@boe.nyc or VotermailSI@boe.nyc).

2. Authorized borough staff must check the inbox of their Votermail mailbox daily. The ***CC line should always include borough mailbox address***.

3. When a voter inquiry is concluded, move the original email and the follow up response(s) to the appropriate subfolder of the inbox (subfolders and public folders are labeled the same and the same filing logic follows.

4. **Do not deleted Emails**.

 

**(B)** Individual boroughs **MUST** use the following addresses on their **"cc:" line:**

| | |
|---|---|
| **Central Office (General Office)** | **VoterMailCO** |
| **Bronx** | **VoterMailBX** |
| **Brooklyn** | **VoterMailBK** |
| **Manhattan** | **VoterMailMN** |
| **Queens** | **VoterMailQN** |
| **Staten Island** | **VoterMailSI** |

**(C)** Below is a sample response (note: the email has the borough votermail address in the 'CC' field).



**(D)** Below is the address book listing for each borough

## 3.17   ESCALATION

**(A)** The Escalation function is used for voter forms that require supervisor review.  Use the **Escalation** function for the following:

- Edits that Cannot Pass

     Example: voter checked "no" to update registration or an AVID error message screen appears when processing the transaction.

- Illegible Data
- Address not in GEO
- Record is not in Borough
- Duplicate Record

**(B)** The **Escalation** function allows the user to define problems to escalate. Upon selection of a work item for review AVID routes the escalated item into an **Escalation Queue**. More than one  supervisor can work in Escalation simultaneously.

**Follow these steps to process Escalations:**

1.   Select **Escalation** tab from the <u>AVID Registration form</u>



2. Items in the **Escalation Queue** are displayed in date order and identified by creation date, batch number, document number, staff that escalated the work item, and the escalation reason.



3. Click a document from the list. The Working Document displays the voter signature and information previously entered.

4. A Supervisor must resolve the problem. For **Not in Borough** the Supervisor must move the transaction to the appropriate borough for processing.

5. In the **Escalation Queue**, duplicate research be done on each escalated item.

   **Note:** when using the **Find Voter** function to find a matching registration, the **selected voter** option will cause all the voter data from the original registration to populate the fields in the right panel.

6. Make sure the document type shown in the toolbar is the same as the image displayed. This document type displayed was manually selected during the scan activity.



7. If possible, resolve the escalated issue. If unable to resolve the escalated issue consult with the Chief and Deputy Chief.

8. Verify all the data on the Registration form against the information on the right. If there are differences, make the necessary changes.

9. Verify the signature clip. Re-clip if necessary.

10. After completing the above, perform one of the following:

- Validate the data entry by clicking the **Save** button.
    - If the data entered passes the edits, the document and voter data will be saved and routed to **Quality Control** Queue.
    - If the data entry does not pass the edits, a message displays prompting you to correct the data.
- If all issues are not resolved click the close button on the center of the toolbar (this will allow issues to be reviewed at a later date).
- Click the **Escalation** button under the following circumstances **only**:
    a. **Illegible** - unable to read voter name or address.
    b. **Other Borough** - note batch and item number so the Registration form can be sent to the appropriate borough.
    c. **Missing Address** - with no phone number indicated or email address.
    d. **Registration is Duplicate** - Use **Duplicate Research** button to find new Registration. **Do not use Duplicate button from toolbar**.
    e. **Address Does Not Exist** - after same has been verified.
    f. **Badly Scanned Form** - note batch and document number so Registration form can be rescanned.
    g. **No Signature** - note batch and item number so Registration form can be rescanned and a letter sent to the applicant.

**Note:** If an existing address is not found in GEO, List Maintenance supervisors send an email to City Planning describing the issue with the address in question.

## 3.18   <u>QUALITY CONTROL</u>

**(A)** The Quality function is used to verify that a voter registration, or other documents, are processed accurately. Registration tasks are:

- New Registration
- Name Change
- Change of Address
- Change of Enrollment
- Absentee Application

Upon completion of an item, AVID automatically delivers the next registration image to review and verify. All fields must be inspected closely to identify and resolve any errors.

**(B) Follow these Quality Control steps for a voter registration:**

1. Click the **Q** icon on the AVID Registration Toolbar.



2. The **Select Working Queue** screen displays.



3. Click the appropriate **Queue**.

4. The work item displays or **NO ITEMS AVAILABLE** displays.

5. Confirm that the Registration form type matches the document type you selected.
   - If the form type on the screen is incorrect, escalate the document.
   - The supervisor will either:
     - delete the document
     - rescan registration to correct form type

- If document is correct:
  - Click matched voter
  - Check the spelling.
  - Make corrections, if needed.
  - Re-clip signature, if needed.
  - If voter was matched incorrectly, escalate document using reason "Wrong Voter-Move Back to Voter Match".

- A new registration in the Quality Control Queue will display.

**Note:** When staff is processing a document in quality queue review and identifies an error, a screenshot is taken of the error, printed out and given to the supervisor.

## 4.0  <u>NYSVOTER</u>

**(A) NYSVoter:**

NYSVoter maintains the official New York State record for each registered voter. Records include a unique, statewide identifier that remains with each voter for their entire voting history. Most registration information stored in a voter's permanent record can be used as search criteria by the <u>**Voter Search**</u> function. NYSVoter identifies and tracks all registered New York State voters. State and county users and other designated officials can use this function to search NYSVoter for voter records using a variety of search criteria.

To process universal (Cross County) transfers to-from counties within New York State, NYCBOE List Maintenance staff will utilize the NYSVoter system to access the voter records of voters currently residing in the counties outside of NY City.

**(B)** Using Voter Search in NYSVoter

Tabs in NYSVoter enable searches for voter records using different search criteria:

- **General**        Name, State and County ID, Legislative, Congressional, Town/City, Ward and Assembly Districts, DL#, SSN4, DOB, Voter Status, ID pending, ID required, ID met, NVRA Registration Source, No signature
- **Address**        Street Number, Fraction, Name, Unit Type, Number, Street Direction, Type, City, State, Zip, Non-standard Address, County, Mailing Address
- **Sort Order**   By First, Second, Third and Fourth Order:  Name, State ID, County ID, DOB, Registration Date, County Name, Political Party, Voter Status, House Number, Street Name, City

To further customize your search criteria, use partial name followed/preceded by % in any name field (Johns%, B%, %ton).

- To use the % wild card on both first and last name, <u>**with no other identifying factors**</u> (i.e. date of birth, driver's license number etc...)It will <u>**only**</u> work when you are looking in <u>**one**</u> county at a time.
  - You can put the % wildcard in the beginning portion of the first and/ or last name
  - You can put the % wildcard in the ending portion of the first and/or last name
  - You can put the % wildcard in the middle portion of the first and/or last name
- To use the % wild card on both names for an **ALL** County search under the **Address Tab**, <u>**you must have more information than just the name**</u>. The search is too broad for the wildcard to work for an ALL county search without it.
  - You can put the % wildcard in the beginning portion of the first and/or last name and added identifying factor
  - You can put the % wildcard at the end portion of the first and/or last name and identifying factor
  - You can put the % wildcard in the middle portion of the first and/or last name and identifying factor

**(C)** To choose a command from a dropdown menu highlight the command with the cursor and click.

To make multiple selections from a dropdown list, hold the **CTRL** key down while clicking the list items.

The default for most dropdown menus and lists is *All*.

The **<u>Voter Search</u>** function is accessed through the **<u>NYSVoter Main Menu</u>**.

**(D)** Follow these steps to find a voter record:

On the **Main Menu** under **Search Records**, click **Voter Search**.

The **General TAB** of the **Voter Search** screen appears.



To locate a voter record using residential or mailing address information, click the **Address TAB** at the top of the **Voter Search** screen. The **Address TAB** of the **Voter Search** screen appears.



**(E)** To specify the sort order used to display search results, click the **Sort Order TAB**
at the top of the **Voter Search** screen. The **Sort Order TAB** of the **Voter Search** screen appears.



*1.* On the **General TAB**, type the data to be used for the initial search in the appropriate fields.

Use the dropdown menus and lists to select search criteria, as necessary:

| | |
|---|---|
| **Pending ID Transaction** | Identification verification pending |
| **ID Req** | Identification required at polling place |
| **ID Met** | Identification provided and verified |
| **Audit** | To audit all, some or none of your search results |
| **Voter Status** | Active, Inactive, Preregistered, Purged |
| **Political Party** | Major and minor parties, unaffiliated |
| **NVRA Registration Source** | Status tracking codes as defined by NVRA of 1993 |
| **No Signature** | Voters without registration card signature |

On the **Address TAB**, use the dropdown menus and lists to select search criteria, as necessary.

On the **Sort Order TAB**, select the order you want the records sorted by, as necessary.

2. Click **Clear All Fields** to enter new search criteria.

   **- OR -**

   Click **Search** to display records matching your criteria. The **Voter Search Results** screen appears.



   Use the **Previous** and **Next** buttons or page navigation numbers to view all the pages of your search results, as necessary.

3. Review the results displayed.

   Click **Details** to view additional voter record information for the selected record. The **Voter Details** screen appears.



**- OR -**

Click the **Voter History** to view the voting history associated with the selected record. The **Voter History** screen appears.



If the voter has no voting history, the status message **No Records Found** appears.

*4.* Click the **Go Back** button to return to the previous screen, or click another function from the **NYSVoter Main Menu.**

      **NOTE:** Do not use the **BACK** button of your Internet browser.

# 5.0   MANAGEMENT REPORTING REVIEW

## 5.1   MANAGEMENT REPORTING

**(A)** List Maintenance Managers and Supervisors perform a <u>daily</u> review of several different reports to audit and maintain staff accuracy.

The AVID Management function is used to view the following information about registration  production:

**(B) Follow these steps to get management information**:

- Select the **Management** button on the AVID Registration Toolbar
- A dropdown list appears
- Select one of the items listed



**(C)** Based on the work item selected, follow these steps:

## 1. <u>Work in Process Monitor</u>

Select **Work in Process**−AVID displays the **Work in Process Monitor** screen.



The screen shows the work status for each AVID task queue in bar chart format:

- Registration Stage
- Quality Control Stage by Party
- Escalation Stage
- Suspend Stage

The screen also displays a breakdown of work by borough in each queue. AVID stores threshold values for each queue, in each borough, to classify the workload as normal, heavy, or critical.

MIS department, at the General Office, working with borough management, can modify the threshold values for any queue at any time using the AVID <u>System Administration</u> function.

To update the information displayed, click the **Refresh** icon at the top of the screen. The date and time of the refresh will display in the lower left corner of the screen.

## 2. __WIP Form Type Count__

Select **WIP Form Type Count** ─AVID displays the **WIP Counts by Form Type** screen.



The screen displays the borough and work that is in each AVID task queue by Form type, Party and Count:

- Quality Control
- Registration
- Voter Match

The date, time and number of screen pages also displays.

## 5.2   MANAGEMENT REPORTS

Shown below is a list of all the Reports available under the Management dropdown when **Reports** is selected. When selecting a Report, choose a date range: **From Date** and **To Date**, then click **OK**.



**AVID Production User Rank** – report shows the rank (first to last) for staff and the amount processed in Registration/Quality Queues.

**AVID Production User Rank- Reg Only** – report shows the rank (first to last) for staff and the amount of registrations processed.

**AVID Production Summary by User** – report shows the amount processed in registration, quality and changes made by staff.

**AVID Production Summary by Doc Type** – report shows the amount processed in a specific queue type and transactions taken.

**AVID Production by User & Doc Type** – report shows the amount processed by staff in registration/quality queues in specific queue types.

**AVID Summary** – report shows the amount processed in registrations, quality and changes made in a day, week and/or month.

**Bounce Report** – report shows amount of staff errors and the errors will "bounce" to another staff member of the opposite party to correct.

**AVID Suspend Stage Report** – report shows the reasons for a missing information letter sent to a voter.

**AVID Deletion Report** – report shows reason a document was deleted from the system and staff performing action.

**AVID Deletions by Doc Type** – report shows reason a specific document type was deleted from the system and staff performing action.

**AVID Suspend Report by Doc Type** – report shows the reason a voter was sent a missing information letter by a specific document type and staff performing action.

**AVID Suspend Report by Batch/Doc** – report shows the reason a voter was sent a missing information letter by a specific date, batch and document number and staff performing action.

**AVID Summary Report Citywide** – report shows the number of registrations, quality and changes processed by all 5 boroughs.

**Requests for Election Day Worker Application** – report shows voters requesting to be poll workers.

**Requests for Absentee Application** – report shows voters requesting absentee ballots.

**NVRA Report** – report shows the NVRA number, transmittal date and the document type (EDMV & Motor Voters) received and the number of transaction types that were taken by staff (ex: new registration, party enrollment change, information update, address change, etc).

**NVRA Stats by Transmittal Date** – report shows number of Motor Voter registrations received and processed by a particular transmittal date.

**NVRA Stats by Transaction Type** – report shows number of Motor Voter registrations received and processed by a particular transaction type.

**Scan Stats** – report shows which staff the form was scanned by, what form type and how many registrations were scanned into the AVID system.

**Valid Affidavit List** – report shows a listing of all valid affidavit review decisions by ED/AD for a borough.

**Affidavit Decisions Needing Quality** –  report shows a listing of all affidavit review decisions by ED/AD for a borough where the initial affidavit review has been completed and affidavit quality review incomplete.

**Invalid Affidavits** – report shows a listing of all invalid affidavit review decisions by ED/AD for a borough.

**Affidavits List** –  report shows a  listing of all (valid and invalid) affidavit review decisions by ED/AD and counter for a borough.

## 5.3   SELECTING A MANAGEMENT REPORT

**(A)** Select **Reports** −the **AVID Report Selector** screen displays.
- Choose the **Report Type** in the dropdown window
- Choose the date range:  **From Date** and **To Date**
- Click **OK**


- **AVID** will generate the online report.  See example of a **Deletion Report** below:



**(B)** The user has several options:
- **Read the report online**.  Use the page navigator control, located at the top of your screen, to go forward and backward through the report.  This control is similar to a  remote control.
- You can navigate directly to the first or last page of the report by clicking the far-left arrow button or the far-right button at the top of the screen. The current page displays in the middle of the page navigator control.
- The size of the online page view may be increased or decreased. Select a percentage value, Page Width, or Whole Page from the dropdown at the top of the screen.

- To **Print** the Report. Click the printer icon at the top of the screen.  Make to select a default printer setup.

- To **Export** the data to an Excel, Word  or PDF document:  Click the Export icon at the top of the screen.
  - Select the file (**Excel, Word, PDF**) to be created from the Export dropdown.



- Select an existing file or create a new **File** name.

- Click the **Save** button. AVID will create an export file with the name you created from the data identified, in the format selected, at the drive and folder location selected.

## (C) Change Stage

Function allows the user to move a batch of documents from one stage (Registration, Quality, Escalation) to another.

- Select **Change Stage** – the screen displays.
- Select **Search Type** from the dropdown arrow.



<u>Batch No/ Document No/ Creation date</u> - When selecting this dropdown choice, you will be able to search for a document by batch number, document number, and creation date.

<u>Document ID</u> - When selecting this dropdown choice, you will be able to search for a document by the barcode number located at the bottom of a Missing Info letter.

<u>Last Name/First Name</u> - When selecting this dropdown choice, you will be able to search for a document by the last and first name of the voter.

- Enter the information in the data fields.

- Click **Find** or **Update**, whichever applies.

## (D) <u>Merge Utility</u>

In reviewing voter's records from different sources, a record may be flagged as a duplicate. This function allows a supervisor to merge a voter record (source Voter) into another (target Voter) when a duplicate exists.  A supervisor selects which fields, images, and voter history to merge into another record. AVID will cancel the source voter record after the merge since it is a duplicate.

- Select **Merge Utility -** The **Duplicate Voter Merge Utility** screen displays.
- Enter the **VSN** on the left side of the screen.
- Click the **Verify** button.
- Select items you wish to merge.
- Enter the **VSN** on the right side of the screen.
- Click the **Verify** button.
- Select the **Merge** button at the bottom of the screen.
- Click the **Close** button.

## (E) <u>Record Maintenance</u>

Select **Record Maintenance –** the screen displays. Select one of these Transaction Types:
- **Release Records**
- **Change Form Type of a scanned batch**
- **Delete an entire scanned batch**
- **Delete Voter Document**

**Release Records**   **–** function permits a user with management authority to unlock records
to permit another user to complete the work. A user may lock records in a work queue for a number of reasons, such as: lunch breaks or meeting attendance.

- **Change Form Type of a scanned batch**
    - Enter the Batch number, date, and Form Type
    - Click Display to be sure the information is correct
    - Click Change
    - A popup message displays: "Are you sure?"
    - Click either Yes or No

- **Delete an entire scanned batch**
    - This is done if a batch was scanned twice or images were poor quality.

- **Delete Voter Document**
    - Only supervisors can delete a document from a voter record.
    - The document is not permanently deleted. It can be restored at any time. A request must be sent to help desk asking to restore the document.

## (F) State Voting Pardon <u>Felony Revocation</u>

The NYS Board of Elections sends Felony Pardon Revocation list to the NYC Board monthly. The list contains the names of Voters who are registered within NY State and had voting pardons revoked due to one of the following:

- Return to state prison
- Parole violation
- New conviction

The List Maintenance Managers review each name on the list for verification.

- Determine if any persons on the list are currently registered voters within New York City, if none are, then no further action is needed.
- Determine if any of the persons whose pardons have been revoked have registrations cancelled for a felony conviction. If cancelled for a felony**,** then no further action is needed and the voter's **"cancelled due to felony conviction"** remains in effect.
- Upon determination that any of the persons on the revoked pardon list are currently registered to vote (active or inactive status,) and have not been cancelled previously due to a felony conviction, follow the statutory process for cancelling the registration.

## 5.4   LIST MAINTENANCE REPORTS

The following reports are required pursuant to the Comprehensive Remedial Plan and applicable Federal court orders.

### (A) Annual List Maintenance Report:

The Annual List Maintenance Reporting requirements are as follows:

- Reports for each borough are in excel format and due by **March 1st every year**
- Reports reflect all List Maintenance activities of the previous calendar year
- Report must contain:
  - Results of  the BOE internal tracking, audits, site visits and calls
  - Description of any issues encountered, corrective action planned and implemented
  - Copies of new or revised NVRA and NY Election Law procedures, rules, regulations, publications and training materials used in the preceding year or planned future use
- Provide reports to USDOJ, NYSAG, and private plaintiffs for each election during the prior calendar year sorted by borough
- Provide the number of:
  - Affidavit ballots cast by inactive voters, sorted by voter address changes in the following categories:
    - NCOA Notice – no forwarding address
    - NCOA Notice – forwarding address outside  jurisdiction
    - Returned Mail – no forwarding address
    - Returned Mail – forwarding address outside jurisdiction
- Number of affidavit ballots cast by cancelled voters sorted by:
  - Change of address based on second-hand information, no response to Confirmation Notice
  - Change of address based on second-hand information, affirmative response to Confirmation Notice
  - Request of voter, by submission of voter registration to another NYS jurisdiction
  - Written request of voter
  - Death of registrant
  - Duplicate registrant

### (B) Semi-Annual List Maintenance Report:

The Semi-Annual List Maintenance Reporting requirements are as follows:

- Reports for each borough are in excel format and due by the **15th of every February and August**
- Reports must contain individual voter files removed from the voter rolls over the preceding 6 months.

- After reviewing the data files, the NYSAG may consult with the USDOJ and provide the BOE with written notice of any potential List Maintenance errors and the BOE will investigate potential errors

## (C) <u>Monthly List Maintenance Report</u>

The List Maintenance Monthly Reporting requirements are as follows:

- Reports for each borough are in excel format and due by the **15th of every month**
- Reports must provide the number of:
  - Active voters
  - Inactive voters
  - Registered voters who transfer within jurisdiction
  - Information source: change of address as follows:
    - NCOA Notice
    - Returned Mail
    - Registration Form
- Number of registered voters with status changes from active to inactive and the number of registered voters with status changed from active to cancel. The **inactive and cancelled** status must be further defined by voter address changes as follows:
  - NCOA Notice – no forwarding address
  - NCOA Notice – forwarding address outside jurisdiction
  - Returned Mail – no forwarding address
  - Returned Mail – forwarding address outside jurisdiction
- Number of registered voters with status changes from **active to cancelled**, the cancellation status must be further defined by the grounds for cancellation as follows:
  - Cancelled due to change of address based on second-hand information, no response to Confirmation Notice
  - Cancelled due to change of address based on second-hand information, affirmative response to Confirmation Notice
  - Cancelled due to voter request by registration in another NYS jurisdiction
  - Written confirmation
  - Death of voter
- The report will also provide a provide date for:
  - Returns of Confirmation Notices
  - Voting or appearing to vote in an election
  - Submission of a new Registration forms: number of voter registration records contained in the NYSVoter Duplicate Maintenance Report
  - Submission of deceased voters: number of voter registration records contained in the NYSVoter Deceased Maintenance Report