# APPENDIX G – PARS Code Glossary

# and

# USPS Returned Mail Codes Samples

| CODE | MEANS | MOST POSSIBLE SCENARIO | Action |
|---|---|---|---|
| ANK | Attempted Not Known | Carrier attempted to deliver the mail piece. The addressee is not known by the carrier or the current resident. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status is changed to **INACTIVE** |
| DEC | Deceased | Addressee is deceased. An executor did not submit a change of address. | Voter's status is changed to **INACTIVE** |
| IA | Insufficient Address | Not enough information in the address to deliver correctly | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| ILL | Illegible | The mail piece is unreadable. The mail piece possibly had gotten wet, the ink was double processed or blurry | Put notice in new envelope and resend to voter |
| NMR | No Mail Receptacle | Missing or damaged mailbox leaving no place to deliver the mail | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| NSN | No Such Number | Address contains a non existing house number on the street of delivery and the carrier doesn't recognize the name. | Do further research (look up voter, google earth), send bipartisan team to check address, as a last resort. Voter's status stays **ACTIVE** |
| NSS | No Such Street | Address contains a non existing street and the carrier doesn't recognize the name. mail piece possibly sent to the wrong zip code. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| REF | Refused at the address | Addressee or current resident refuses to accept mail or pay postage charges on it. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| UNC | Unclaimed | Could be due to an overflow at the residence. Mail is held at the station for 15 days, a notice is left. If no one comes to pick up the mail, it is returned to sender | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| UTF | Unable to forward | The resident did not put a forwarding order in the system or the forward has expired | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| VAC | Address is Vacant | House, apartment, office, or building is not occupied. | Do further research (look up voter, google earth), send bipartisan team to check address, as a last resort. Voter's status stays **ACTIVE** |
| DIS | In Dispute | Some disagreement among postal officials regarding the delivery of mail to the location. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| MLNA | Moved Left No Address | Customer has moved from the old location and has not put in a change of address. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status is changed to **INACTIVE** |
| UAA | Undeliverable As Addressed | Address information or customer information is missing and cannot be delivered. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| TA | Temporarily Away | Customer has a temporary forward in the system and mail piece is undeliverable at the request of the sender. Mail may be piling up. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
|  | Box Closed—No Order | Post office box closed for nonpayment of rent. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
|  | Returned for Postage | Mail without postage or indication that postage fell off. | Put notice in new envelope and resend to voter |
|  | No Such Office in State | Addressed to a nonexistent Post Office. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status stays **ACTIVE** |
| POE | Forwarding Order Expired | The Change of Address has expired. Mail is forwarded for 12 months. | Do further research (look up voter, google earth). Reach out to voter via email or phone. Voter's status is changed to **INACTIVE** |
| COA | Change of Address | The customer has a current change of address on file. | **In City** - CAF voter. Confirmation notice is sent to voter. Voter's status stays **ACTIVE** **Outside City** - CAF voter. Transfer notice is sent to voter. Confirmation notice sent to old address. If notice is returned to the Board, confirmation notice is sent to the new address in our system. Voter's status changed **INACTIVE** |

DRAFT



BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
1 EDGEWATER PLAZA, 4TH FL
STATEN ISLAND, NY 10305
(718) 876-0079

RETURN SERVICE REQUESTED

2019 FEB 20

SPECIAL ELECTION NOTICE!
FEBRUARY 26, 2019

¡AVISO DE UNA ELECCIÓN ESPECIAL!
26 DE FEBRERO DEL 2019

NIXIE

Rachel Masica
291 Oakland Avenue
Staten Island, NY 10310-1031

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

Handwritten note: "Spoke to voter and said still resides at address. 2/24/19"

---

BOARD OF ELECTIONS
IN THE CITY OF NEW YORK
118-35 Queens Blvd 11 Fl
Forest Hills NY 11375
(718)730-6730

NYCBOE-ACK3    413041800

IF ADDRESSEE DOES NOT RESIDE HERE, PLEASE DROP IN NEAREST MAILBOX

## Approval Notice

5/3/2018 6:04:35 AM

DANIEL T CREAMER
26-38 28 STREET 8B
ASTORIA, NY 11102

This notice contains your voter information and your new voter
866.868.3692. If you are going to be out of the City for any of the
ballot application by calling the number listed above. If you are i
nyc.electionsdayworker.com or if you require additional registrat
www.vote.nyc.ny.us. It is important to note that your primary election
where an election is being held. Please visit us at vote.nyc.ny.us to
updates. All poll sites open at 6:00 a.m. and close at 9:00 p.m.
6/26/18 Federal Primary - 9.
These dates are subj
To confirm election dates please visit our website at vote.nyc.ny.us or call (866) VOTE-NYC (866) 868-3692.

Esta notificación contiene su información de votante y su nueva tarjeta de votante. Por favor lea cuidadosamente y llámenos al 866.868.3692
si encuentra algún error o si tiene alguna pregunta. Si usted estará fuera de la ciudad para cualquiera de las próximas elecciones indicadas
más abajo, o si está enfermo o incapacitado...

RETURN TO SENDER
ILLEGIBLE
UNABLE TO FORWARD

# APPENDIX H– Gantt Charts