Yearly_Reg_Stats_Workbook

| Year | ElectionDate | Boro | ProvBallotInactiveNCOANoFwdAddCount | ProvBallotInactiveNCOAMoveFromCityCount | ProvBallotInactiveRetMailNoFwdAddCount | ProvBallotInactiveRetMailMoveFromCityCount | ProvBallotCancelledAddrChangeNoResponseCount | ProvBallotCancelledAddrChangeConfirmedCount | ProvBallotCancelledMovedToOtherNYCountyCount | ProvBallotCancelledRegistrantWrittenReqCount | ProvBallotCancelledRegistrantDeathCount | ProvBallotCancelledRegistrantDuplicateCount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 20190226 | 1 | 0 | 3 | 0 | 19 | 1 | 0 | 24 | 1 | 0 | 0 |
| 2019 | 20190226 | 2 | 0 | 0 | 0 | 30 | 1 | 0 | 2 | 0 | 0 | 0 |
| 2019 | 20190226 | 3 | 0 | 4 | 0 | 54 | 9 | 0 | 23 | 1 | 0 | 0 |
| 2019 | 20190226 | 4 | 0 | 0 | 0 | 28 | 6 | 0 | 8 | 0 | 0 | 0 |
| 2019 | 20190226 | 5 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| 2019 | 20190225 | 6 | 0 | 7 | 0 | 132 | 17 | 0 | 58 | 2 | 0 | 0 |
| 2019 | 20190514 | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 0 | 0 | 0 |
| 2019 | 20190514 | 6 | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 0 | 0 | 0 |
| 2019 | 20190625 | 1 | 0 | 0 | 0 | 6 | 5 | 0 | 3 | 0 | 0 | 1 |
| 2019 | 20190625 | 3 | 0 | 3 | 0 | 6 | 5 | 0 | 8 | 0 | 0 | 1 |
| 2019 | 20190625 | 4 | 0 | 3 | 0 | 20 | 4 | 0 | 36 | 0 | 0 | 0 |
| 2019 | 20190625 | 5 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2019 | 20190625 | 6 | 0 | 6 | 0 | 33 | 14 | 0 | 47 | 0 | 0 | 2 |
| 2019 | 20191105 | 1 | 0 | 8 | 0 | 111 | 20 | 0 | 80 | 1 | 0 | 4 |
| 2019 | 20191105 | 2 | 0 | 5 | 0 | 109 | 21 | 0 | 40 | 2 | 0 | 4 |
| 2019 | 20191105 | 3 | 0 | 11 | 2 | 113 | 62 | 0 | 118 | 4 | 1 | 15 |
| 2019 | 20191105 | 4 | 0 | 10 | 0 | 67 | 28 | 0 | 84 | 2 | 0 | 4 |
| 2019 | 20191105 | 5 | 0 | 2 | 1 | 14 | 7 | 0 | 2 | 0 | 0 | 4 |
| 2019 | 20191105 | 6 | 0 | 36 | 3 | 414 | 138 | 0 | 324 | 9 | 1 | 31 |