| Extract Field | Description |
| --- | --- |
| Boro | numeric value |
| Year | YYYY format of extract year. |
| ElectionDate | YYYYMMDD |
| ProvBallotInactiveNCOANoFwdAddCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – No Forwarding Address. |
| ProvBallotInactiveNCOAMoveFromCityCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – Forwarding Address Outside of Jurisdiction. |
| ProvBallotInactiveRetMailNoFwdAddCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to Returned Mail – No Forwarding Address. |

| | |
|---|---|
| ProvBallotInactiveRetMailMoveFromCityCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to Returned Mail – Forwarding Address Outside of Jurisdiction. |
| ProvBallotCancelledAddrChangeNoResponseCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to change of address based upon second-hand information, no response to confirmation notice. |
| ProvBallotCancelledAddrChangeConfirmedCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to change of address based upon second-hand information, affirmative response to confirmation notice |

| | |
|---|---|
| ProvBallotCancelledMovedToOtherNYCountyCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to a request of registrant, based upon submission of voter registration in another New York jurisdiction |
| ProvBallotCancelledRegistrantWrittenReqCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to request of registrant, based upon other confirmation in writing. |
| ProvBallotCancelledRegistrantDeathCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to death of registrant. |
| ProvBallotCancelledRegistrantDuplicateCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to a duplicate registrant. |

1=MN, 2=BX, 3=BK, 4=QN, 5=SI, 6=Citywide

ex. 2018

ex. 20181106