NYC Yearly Registrations Stats

Below is a summary explaining each column of the NYC Yearly Registrations Stats spreadsheet. This spreadsheet was originally sent on March 15, 2020.

Boro

1=MN, 2=BX, 3=BK, 4=QN, 5=SI, 6=Citywide

ProvBallotInactiveNCOANoFwdAddCount

The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – No Forwarding Address.

| Year | ElectionDate | Boro | ProvBallotInactiveNCOANoFwdAddCount |
|---|---|---|---|
| 2019 | 20190226 | 1 | 0 |
| 2019 | 20190226 | 2 | 0 |
| 2019 | 20190226 | 3 | 0 |
| 2019 | 20190226 | 4 | 0 |
| 2019 | 20190226 | 5 | 0 |
| 2019 | 20190225 | 6 | 0 |
| 2019 | 20190514 | 3 | 0 |
| 2019 | 20190514 | 6 | 0 |
| 2019 | 20190625 | 1 | 0 |
| 2019 | 20190625 | 3 | 0 |
| 2019 | 20190625 | 4 | 0 |
| 2019 | 20190625 | 5 | 0 |
| 2019 | 20190625 | 6 | 0 |
| 2019 | 20191105 | 1 | 0 |
| 2019 | 20191105 | 2 | 0 |
| 2019 | 20191105 | 3 | 0 |
| 2019 | 20191105 | 4 | 0 |
| 2019 | 20191105 | 5 | 0 |
| 2019 | 20191105 | 6 | 0 |

ProvBallotInactiveNCOAMoveFromCityCount

The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – Forwarding Address Outside of Jurisdiction.

| Year | ElectionDate | Boro | ProvBallotInactiveNCOAMoveFromCityCount |
|---|---|---|---|
| 2019 | 20190226 | 1 | 3 |
| 2019 | 20190226 | 2 | 0 |
| 2019 | 20190226 | 3 | 4 |
| 2019 | 20190226 | 4 | 0 |

| Year | ElectionDate | Boro | | | | | |
|------|--------------|------|---|---|---|---|---|
| 2019 | 20190226 | 5 | | | | | 0 |
| 2019 | 20190225 | 6 | | | | | 7 |
| 2019 | 20190514 | 3 | | | | | 0 |
| 2019 | 20190514 | 6 | | | | | 0 |
| 2019 | 20190625 | 1 | | | | | 0 |
| 2019 | 20190625 | 3 | | | | | 3 |
| 2019 | 20190625 | 4 | | | | | 3 |
| 2019 | 20190625 | 5 | | | | | 0 |
| 2019 | 20190625 | 6 | | | | | 6 |
| 2019 | 20191105 | 1 | | | | | 8 |
| 2019 | 20191105 | 2 | | | | | 5 |
| 2019 | 20191105 | 3 | | | | | 11 |
| 2019 | 20191105 | 4 | | | | | 10 |
| 2019 | 20191105 | 5 | | | | | 2 |
| 2019 | 20191105 | 6 | | | | | 36 |

## ProvBallotInactiveRetMailNoFwdAddCount

The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to Returned Mail – No Forwarding Address.

| Year | ElectionDate | Boro | ProvBallotInactiveRetMailNoFwdAddCount |
|------|--------------|------|----------------------------------------|
| 2019 | 20190226 | 1 | 0 |
| 2019 | 20190226 | 2 | 0 |
| 2019 | 20190226 | 3 | 0 |
| 2019 | 20190226 | 4 | 0 |
| 2019 | 20190226 | 5 | 0 |
| 2019 | 20190225 | 6 | 0 |
| 2019 | 20190514 | 3 | 0 |
| 2019 | 20190514 | 6 | 0 |
| 2019 | 20190625 | 1 | 0 |
| 2019 | 20190625 | 3 | 0 |
| 2019 | 20190625 | 4 | 0 |
| 2019 | 20190625 | 5 | 0 |
| 2019 | 20190625 | 6 | 0 |
| 2019 | 20191105 | 1 | 0 |
| 2019 | 20191105 | 2 | 0 |
| 2019 | 20191105 | 3 | 2 |
| 2019 | 20191105 | 4 | 0 |
| 2019 | 20191105 | 5 | 1 |
| 2019 | 20191105 | 6 | 3 |

ProvBallotInactiveRetMailMoveFromCityCount

The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to Returned Mail – Forwarding Address Outside of Jurisdiction.

| Year | ElectionDate | Boro | ProvBallotInactiveRetMailMoveFromCityCount |
|---|---|---|---|
| 2019 | 20190226 | 1 | 19 |
| 2019 | 20190226 | 2 | 30 |
| 2019 | 20190226 | 3 | 54 |
| 2019 | 20190226 | 4 | 28 |
| 2019 | 20190226 | 5 | 1 |
| 2019 | 20190225 | 6 | 132 |
| 2019 | 20190514 | 3 | 4 |
| 2019 | 20190514 | 6 | 4 |
| 2019 | 20190625 | 1 | 6 |
| 2019 | 20190625 | 3 | 6 |
| 2019 | 20190625 | 4 | 20 |
| 2019 | 20190625 | 5 | 1 |
| 2019 | 20190625 | 6 | 33 |
| 2019 | 20191105 | 1 | 111 |
| 2019 | 20191105 | 2 | 109 |
| 2019 | 20191105 | 3 | 113 |
| 2019 | 20191105 | 4 | 67 |
| 2019 | 20191105 | 5 | 14 |
| 2019 | 20191105 | 6 | 414 |

ProvBallotCancelledAddrChangeNoResponseCount

The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to change of address based upon second-hand information, no response to confirmation notice.

| Year | ElectionDate | Boro | ProvBallotCancelledAddrChangeNoResponseCount |
|---|---|---|---|
| 2019 | 20190226 | 1 | 1 |
| 2019 | 20190226 | 2 | 1 |
| 2019 | 20190226 | 3 | 9 |
| 2019 | 20190226 | 4 | 6 |
| 2019 | 20190226 | 5 | 0 |
| 2019 | 20190225 | 6 | 17 |
| 2019 | 20190514 | 3 | 0 |
| 2019 | 20190514 | 6 | 0 |
| 2019 | 20190625 | 1 | 5 |
| 2019 | 20190625 | 3 | 5 |
| 2019 | 20190625 | 4 | 4 |
| 2019 | 20190625 | 5 | 0 |

| Year | ElectionDate | Boro | |
|------|--------------|------|-----|
| 2019 | 20190625 | 6 | 14 |
| 2019 | 20191105 | 1 | 20 |
| 2019 | 20191105 | 2 | 21 |
| 2019 | 20191105 | 3 | 62 |
| 2019 | 20191105 | 4 | 28 |
| 2019 | 20191105 | 5 | 7 |
| 2019 | 20191105 | 6 | 138 |

ProvBallotCancelledAddrChangeConfirmedCount
The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to change of address based upon second-hand information, affirmative response to confirmation notice

| Year | ElectionDate | Boro | ProvBallotCancelledAddrChangeConfirmedCount |
|------|--------------|------|---------------------------------------------|
| 2019 | 20190226 | 1 | 0 |
| 2019 | 20190226 | 2 | 0 |
| 2019 | 20190226 | 3 | 0 |
| 2019 | 20190226 | 4 | 0 |
| 2019 | 20190226 | 5 | 0 |
| 2019 | 20190225 | 6 | 0 |
| 2019 | 20190514 | 3 | 0 |
| 2019 | 20190514 | 6 | 0 |
| 2019 | 20190625 | 1 | 0 |
| 2019 | 20190625 | 3 | 0 |
| 2019 | 20190625 | 4 | 0 |
| 2019 | 20190625 | 5 | 0 |
| 2019 | 20190625 | 6 | 0 |
| 2019 | 20191105 | 1 | 0 |
| 2019 | 20191105 | 2 | 0 |
| 2019 | 20191105 | 3 | 0 |
| 2019 | 20191105 | 4 | 0 |
| 2019 | 20191105 | 5 | 0 |
| 2019 | 20191105 | 6 | 0 |

ProvBallotCancelledMovedToOtherNYCountyCount
The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to a request of registrant, based upon submission of voter registration in another New York jurisdiction

| Year | ElectionDate | Boro | ProvBallotCancelledMovedToOtherNYCountyCount |
|------|--------------|------|----------------------------------------------|
| 2019 | 20190226 | 1 | 24 |
| 2019 | 20190226 | 2 | 2 |
| 2019 | 20190226 | 3 | 23 |

| Year | ElectionDate | Boro | |
|---|---|---|---|
| 2019 | 20190226 | 4 | 8 |
| 2019 | 20190226 | 5 | 1 |
| 2019 | 20190225 | 6 | 58 |
| 2019 | 20190514 | 3 | 1 |
| 2019 | 20190514 | 6 | 1 |
| 2019 | 20190625 | 1 | 3 |
| 2019 | 20190625 | 3 | 8 |
| 2019 | 20190625 | 4 | 36 |
| 2019 | 20190625 | 5 | 0 |
| 2019 | 20190625 | 6 | 47 |
| 2019 | 20191105 | 1 | 80 |
| 2019 | 20191105 | 2 | 40 |
| 2019 | 20191105 | 3 | 118 |
| 2019 | 20191105 | 4 | 84 |
| 2019 | 20191105 | 5 | 2 |
| 2019 | 20191105 | 6 | 324 |

ProvBallotCancelledRegistrantWrittenReqCount
The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to request of registrant, based upon other confirmation in writing.

| Year | ElectionDate | Boro | ProvBallotCancelledRegistrantWrittenReqCount |
|---|---|---|---|
| 2019 | 20190226 | 1 | 1 |
| 2019 | 20190226 | 2 | 0 |
| 2019 | 20190226 | 3 | 1 |
| 2019 | 20190226 | 4 | 0 |
| 2019 | 20190226 | 5 | 0 |
| 2019 | 20190225 | 6 | 2 |
| 2019 | 20190514 | 3 | 0 |
| 2019 | 20190514 | 6 | 0 |
| 2019 | 20190625 | 1 | 0 |
| 2019 | 20190625 | 3 | 0 |
| 2019 | 20190625 | 4 | 0 |
| 2019 | 20190625 | 5 | 0 |
| 2019 | 20190625 | 6 | 0 |
| 2019 | 20191105 | 1 | 1 |
| 2019 | 20191105 | 2 | 2 |
| 2019 | 20191105 | 3 | 4 |
| 2019 | 20191105 | 4 | 2 |
| 2019 | 20191105 | 5 | 0 |
| 2019 | 20191105 | 6 | 9 |

## ProvBallotCancelledRegistrantDeathCount

The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to death of registrant.

| Year | ElectionDate | Boro | ProvBallotCancelledRegistrantDeathCount |
|---|---|---|---|
| 2019 | 20190226 | 1 | 0 |
| 2019 | 20190226 | 2 | 0 |
| 2019 | 20190226 | 3 | 0 |
| 2019 | 20190226 | 4 | 0 |
| 2019 | 20190226 | 5 | 0 |
| 2019 | 20190225 | 6 | 0 |
| 2019 | 20190514 | 3 | 0 |
| 2019 | 20190514 | 6 | 0 |
| 2019 | 20190625 | 1 | 0 |
| 2019 | 20190625 | 3 | 0 |
| 2019 | 20190625 | 4 | 0 |
| 2019 | 20190625 | 5 | 0 |
| 2019 | 20190625 | 6 | 0 |
| 2019 | 20191105 | 1 | 0 |
| 2019 | 20191105 | 2 | 0 |
| 2019 | 20191105 | 3 | 1 |
| 2019 | 20191105 | 4 | 0 |
| 2019 | 20191105 | 5 | 0 |
| 2019 | 20191105 | 6 | 1 |

## ProvBallotCancelledRegistrantDuplicateCount

The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to a duplicate registrant.

| Year | ElectionDate | Boro | ProvBallotCancelledRegistrantDuplicateCount |
|---|---|---|---|
| 2019 | 20190226 | 1 | 0 |
| 2019 | 20190226 | 2 | 0 |
| 2019 | 20190226 | 3 | 0 |
| 2019 | 20190226 | 4 | 0 |
| 2019 | 20190226 | 5 | 0 |
| 2019 | 20190225 | 6 | 0 |
| 2019 | 20190514 | 3 | 0 |
| 2019 | 20190514 | 6 | 0 |
| 2019 | 20190625 | 1 | 1 |
| 2019 | 20190625 | 3 | 1 |
| 2019 | 20190625 | 4 | 0 |
| 2019 | 20190625 | 5 | 0 |

| 2019 | 20190625 | 6 | 2 |
| 2019 | 20191105 | 1 | 4 |
| 2019 | 20191105 | 2 | 4 |
| 2019 | 20191105 | 3 | 15 |
| 2019 | 20191105 | 4 | 4 |
| 2019 | 20191105 | 5 | 4 |
| 2019 | 20191105 | 6 | 31 |