## <u>Annual Report of List Maintenance Activities for January 2020 through December 2020</u>

## <u>List Management Managers (LMGO) and List Maintenance Borough Supervisors (LMS) Reports for Quality Control</u>

LMGO review several reports on a daily and weekly basis to audit and monitor Borough list maintenance work. LMS also monitor workflow throughout the day and review related reports on a daily and weekly basis.

Staff performance conducting list maintenance functions is evaluated on an ongoing basis and appropriate remedial action taken and/or removal from the unit, if necessary.

During calendar year 2020, sixteen staff members required remedial action. Such employees were retrained in targeted list maintenance areas, specific errors corrected and sample template training was conducted. It was not necessary to transfer any staff from the unit.

## <u>Unscheduled Site Visits</u>

Due to the ongoing COVID-19 pandemic the LMGO have been unable to conduct unscheduled in-person borough site visits; however, LMGO have been in regular contact with LMS via telephone calls and virtual conferences to address any issues.

## <u>Upgrades to Voter Registration Database (AVID)</u>

The following features have been added to the AVID Voter Registration System during 2020.

1. Support for 16-17 year old pre-registrations.
2. Creation and support for new absentee queues from online absentee portal and absentee mail processors.
3. Support for email address capture in DMV interface.

An intranet system was created to process new NYS BOE regulations for inbound NCOA county transfers and a new program was created to build spreadsheets and email NCOA changes for outbound county transfers.

Much of 2020 efforts were made outside of the AVID program. Given the COVID-19 pandemic, New York City witnessed a significant shift away from in-person voting and toward absentee voting last year. Further, statutory changes and Executive Orders under the emergency powers of the New York State Governor, mandated new voting guidelines and significantly modified the procedures surrounding the absentee application process.

## <u>Complaint Intake Procedures</u>

- o The Board tracked daily voter complaints manually. From January 2020 through December 2020, the board received 4436 complaints citywide resulting in changes to a voter's record. Each change was investigated and recorded by using the Board Voter Correction form. Forms were scanned into our AVID system and attached to the voter's record prior to any changes. Upon completion, the work is then sent to a quality queue for review and bipartisan approval.

- All complaints were logged into a tracking spreadsheet by the LMS and reviewed weekly by the LMGO to check corrections (any errors on a voter's record may be tracked to a specific employee to ensure compliance with proper list maintenance procedures and to determine if remedial training is necessary).
- Throughout 2020, LMGO worked closely with representatives from Zendesk, Indigov, the Board's MIS department and LMS regarding the development and implementation of an automated complaint tracking system to provide a modern, secure, efficient and user friendly digital solution to improve processing. The system is designed to track all voter complaints from receipt to resolution and if necessary, send reminders to staff to resolve outstanding issues. The system is designed to provide valuable data and reports regarding complaint types, actions taken to remedy same and cause determination. Staff may determine how the error occurred, *i.e.*, BOE ministerial error, poll worker, USPS or voter.
- Board staff conducted numerous conference calls with the consultants from both Zendesk and Indigov. Indigov consultants assisted in developing effective solutions for managing and addressing voter complaints. Indigov completed building and tailoring the system to effectively address the Board's needs. Upon completion, in-person training was scheduled to finalize the set-up and to implement the system in each borough office. Below is a breakdown of such process:

    - **January 10, 2020 @ 4:48 pm**
      E-mail from Ahmad Karwan (Zendesk) introducing us to Alex Kouts (Indigov). Alex and his team modernized the constituent relationship platform for the United States Congress and was determined to be an asset in customizing the Board's complaint tracking system.

    - **January 31, 2020 @ 11:30 am**
      Telephone call with Ahmad Karwan and Matt Hale (Zendesk), Alex Kouts, Steve Ferguson (MIS), Maureen Galgano and Antonina Carlson (LMGO).

      The Zendesk process and borough staff utilizing same was discussed.
      It was advised that Zendesk may be customized to create a proper complaint process with a view toward voter service and consent decree compliance. Indigov to follow-up regarding outstanding issues for next conference call.

    - **February 7, 2020 @ 1:00 pm**
      Telephone call with Ahmad Karwan and Matt Hale , Alex Kouts , Steve Ferguson (MIS), Maureen Galgano and Antonina Carlson.

Follow-up discussion regarding admin rights, agent rights and number of licenses required.

Complaints presently received via emails, phone calls, and in-person. E-mails are directed to a specific e-mail address in the GO and they are responded to/forwarded by GO staff. Steve Ferguson to provide information in regards to the Board's phone system to Alex Kouts. It was discussed that staff would scan physical mail into system, Zendesk could help flow all mail into the system, staff could open the ticket through Zendesk, respond and close out ticket. Our VotermailCO emails could be funneled through Zendesk and sent to the appropriate borough offices.

- o **March 2020**
  There were several emails between Alex Kouts, MIS, and LMGO regarding an in person training and another conference call, but due to COVID 19 such communications were put on hold.

  As with many agencies Board operations were significantly altered by the COVID-19 Emergency. Ultimately, all staff effort were directed toward preparation for the **June 23rd Presidential Primary** and the post-election canvass process.

  Due to changes within the company, Ahmad Karwan advised that on July 2nd that Alex Coffin would be our new contact with Zendesk.

- o **August 3, 2020 @ 12:00 pm**
  Zoom conference with Antonio Ortiz (MIS), LMGO, Alex Kouts and Dawn Sandow, Deputy Executive Director. Alex Kouts informed us that Indigov has several clients such as US Congress, US Air Force, *etc*. and advised to set up our system with a level one workflow chart to establish trouble categories and filter down to specific groups (List Maintenance/Absentee).

  LMGO advised that meeting the mandates of the consent decree required showing all documentation, scanning all complaints into voters' records and tracking reports. As stated above complaints are received via email, telephone call and in-person.
  Staffing to consist of the following below citywide:
  - LMGO
  - MIS Two List Maintenance supervisors
  - Two List Maintenance staff members

- Two Absentee supervisors – except Queens/Brooklyn which each have 3 supervisors
- Two Absentee staff members
- Phone Bank manager
- Four phone bank staff members
- Borough chiefs and deputy chief clerks – ten in total
- Executive Management

All complaints must to be tracked on how they came in, was it resolved, how and who resolved it, how long it took to resolve and was the voter informed.

Presently, the borough offices are tracking complaints through a paper complaint tracking form, which is scanned to the voter's record, corrected by the supervisors.

With Zendesk delivery system, an automated response is sent based on the specific wording from the complaint. Alex Koutsto work with LMGO to set up web forms and establish the e-mail flow.

LMGO to follow-up with LMS and phone bank manager regarding complaint types to assist in setting up the system with tracking, timeframe, issues and resolution time and staff, voter or USPS errors.

Alex Kouts to forward a proposal to prepare for what Indigov/Zendesk will need from the Board.

- **August 6, 2020 @ 10:00 am**

Telephone call with LMGO, LMS and Antonio Ortiz. The following questions were addressed:

- How are complaints received?: **response – via GO complaint forms, via emails, phone calls in person, mail (letter)**
- What type of complaints are received?: **incorrect name (first/last, middle initial), incorrect address/apt#, incorrect DOB, incorrect party affiliation, registered incorrectly (NOT a citizen), received 2 notices (2 VSNs – need to merge)**
- Complaint resolution length?: **normally within 1-2 days BUT when extremely busy within 2-3 days, also depending on the information given by the voter**
- Can complaints crossover into an Absentee voter ?: **when there is a change of address or name or party**

Staff asked when Zendesk would begin, and were advised after the November General Election.

Processing complaints that come into the boroughs remain a manual process (Correction Request Form – scanned into the voter's record) and the complaint is added to the Complaint Tracking Spreadsheet by each LMS.

A green to yellow to red complaint process was discussed as complaints age. The goal is to respond to the complaint within 24 hours. Additional staff is required to meet this goal.

The use of key words was discussed to ensure that e-mail are forwarded to the correct department (List Maintenance or Absentee).

Upon implementation of Zendesk training sessions will be conducted regarding system functions, how to respond to emails, how to manually add tickets into the system for phone calls and in-person issues, how to read reports and to train staff, *etc*.

- **August 7, 2020 @ 12:00 pm**

Zoom conference with Alex Kouts and his team from Indigov/Zendesk, LMGO and Antonio Ortiz discussed how integrating Zendesk and AVID to link a complaint ticket a voter's record in AVID could be accomplished. Antonio Ortiz agreed to explore this process further internally.

Finalizing procurement process to commence Indigov/Zendesk and ACCO.

LMGO to discuss this further with details regarding complaints received by phone bank with Phone Bank manager (*i.e.*, daily complaint numbers, and staff to be added to the Zendesk process).

- **August 13, 2020 @ 12:00 pm**

Zoom conference Alex Kouts and his team, LMGO Sherwin Suss (ACCO), Antonio Ortiz and Daniel Lavelle (Phone Bank Manager). Alex Kouts and his team along with Zendesk's team presented a draft proposal.

Tier 1 – will take approximately about two and a half weeks to create tasks. Completion estimate 120-200 hours - September 15th – October 1st

Tier 2 – staff to work in Zendesk while Indigov continues working to customize apps and training – October 1st – October 20th

Tier 3 – will be an advanced custom development to be discussed after the November General Election - November 1st – completion

Must finalize budget, number of licenses required (each staff member will need their own license; such licenses from Zendesk are a separate cost). Sherwin Suss and Alex Kouts to complete procurement process.

- o **August 26, 2020 @ 2:00 pm**

  Telephone call with LMGO and Alex Kouts and his team from Indigov/Zendesk. Alex Kouts requests the top three staffers to be point persons with Zendesk. Alex Kouts requested further information regarding receipt of complaints (phone calls, in-person and e-mails). It was asked if there would be a direct e-mail link from Zendesk or some other method to receive e-mail complaints from voters.

  It was discussed that if staff receives a complaint via phone call, staff would:

  - Inquire the voter in our AVID system first to ensure that they are in fact a registered voter
  - Log ticket into Zendesk
  - Respond to the ticket and inform voter the correction was made
  - Print out ticket and scan to voter's record
  - Resolve and close out ticket

  LMGO will work on procedures for the borough staff regarding complaints, tickets scanned into the voter's record to document the complaint and resolutions. Alex Kouts informed us that the system will be set up in a way that we will be able to review reports in different ways, which will be helpful when completing reports.

- o **August 27, 2020 @ 11:30 am**

  Conference call with LMGO, Antonio Ortiz and Alex Kouts and his team to discuss our Zoom conference Executive Management on August 31st. Prepared for a mock demonstration of Indigov/Zendesk capabilities.

  Alex Kouts stated that they are setting up a work flow to show a staff agent – (List Maintenance supervisor, staff member, Absentee supervisor or staff member) will receive an email from a voter with a complaint.

  Alex Kouts is using the various complaint issues provided (misspelled name, incorrect address/apt #, incorrect DOB, incorrect party affiliation, voter whom should not be registered (non-citizen), voter has two records (records to be merged) and USPS error - voter to select from one of the options in order to submit complaint into the system. Staff agent will then look up the voter in AVID to verify registration and determine error

reason. Staff will be able to respond to the voter via e-mail and explain correction status; if resolved the ticket will be closed out.

If the error was a voter error, staff agent will respond to the voter informing them that the information they gave in the previous form requires correction by the voter. The ticket will be printed out, scanned to the voter's record, resolved and the ticket will be closed out.

o **August 31st** meeting was canceled.


o **September 1, 2020 @ 12:00 pm**

Zoom conference with  LMGO, Executive Management, Alex Kouts and his team from Indigov/Zendesk. Alex Kouts stated that Zendesk could be placed onto the BOE Homepage, or a link onto the desktop. Staff will be able to log into the Zendesk complaints for any e-mails received and to create any tickets for complaints received via telephone call or in-person.

LMGO to forward scenarios of complaints to Alex Kouts, to prepare mock demo. LMGO requested that upon resolution and closing of tickets - sort by resolution type; voter error, staff error, or USPS error for ease of reporting. Alex Kouts explained that the tickets will start out **green**, turn **yellow** and then **red** if not responded to within 24 hours. It was discussed that upon determination that it was voter error, a registration form would be forwarded to permit the voter to update their record,  andtickets should be placed on **hold**. Tickets could be sorted by those placed on **hold** and we could then reach out to the voter after an appropriate period of time. This matter will continue to be reviewed.

Discussed "hands on" training and staff's feedback prior to full implementation.

**65 licenses** required.

Staff working on the complaints will need **two** monitors to inquire the voters' records in AVID and process the tickets through Zendesk.

LMGO contacted Bob Smith (n-Tier) to create new queues so the tickets can be scanned into the system. Two possible queues were discussed: Zendesk Complaint Queue and also Zendesk Complaint Multipage Queue (if needed) with corresponding quality queues.  Bob Smith stated these queues can be up and running with 24 hours. LMGO to make ensure that only the staff involved in the process will have access.

Daniel Lavelle was contacted to confirm staff to be added to the process and  to discuss training.

Antonio Ortiz working with LMGO regarding implementation. Alex Kouts and Antonio Ortiz communicated regarding technical aspects of integration.

Possibility of leaving tickets on **hold** (not closed out) was discussed with staff and it was determined not to move forward with this suggestions as voters may not respond. A closed out the ticket provides proof of transaction between staff and the voter.

- **September 2, 2020 @ 2:00 pm**

  Alex Kouts and his team from Indigov/Zendesk prepared a dry run of a mock proposal for the LMGO and Executive Management.

  Indigov is a consulting and software development firm that is an authorized reseller of Zendesk. Some clients are U.S. Congress, U.S. Air Force and Michigan State Legislature. Alex stated that all staff involved in the process will be trained and if new staff comes into the department they will train them as well. An icon can be placed onto staffs' desktop to work on Zendesk.

  Before the call ended we reviewed the scenarios with Alex Kouts and added a USPS issue to present at the 3:00 pm zoom conference call.

- **September 2, 2020 @ 3:00 pm**

  Alex Kouts and his team from Indigov/Zendesk conducted a mock presentation to the Executive Management, LMGO, Antonio Ortiz, Sherwin Suss and Danny Lavelle.

  Alex Kouts showed how we receive our complaints, (via email, phone calls, in person and USPS) and a member of Executive Management also added via mail (a letter from the voter – which Executive Management has received). Antonio suggested a shortcut be placed on the BOE Homepage, Alex Kouts said that could be done. Alex Kouts will add on the dropdown box any complaints from the voter due to USPS issues.

  LMGO to work with Alex Kouts, Antonio Ortiz and Bob Smith to establish a to link from the website to the BOE Homepage. Staff was instructed to move forward with implementation.

- **September 10, 2020 @ 12:00 pm**

  LMGO, Antonio Ortiz, and Bob Smith conducted a conference call with Alex Kouts from Indigov to finalize timeline for implementation. LMGO need to prepare a scope of work so Alex Kouts may commence to customization.

Alex Kouts has requested to interview each LMS clarify the day-to-day process. Bob Smith discussed that adding the Zendesk Complaint working queue would take between 24-48 hours to implement once he is given instruction to proceed.

Alex Kouts advised LMGO, Sherwin Suss and Indigov's legal team are in the process of working finalzing the procurement. Sherwin Suss to submit a purchase order to Executive Management.

- **September 16, 2020 @ 3:30 pm**

  Telephone call with LMGO and Alex Kouts to clarify the workflow. Discussed finalizing plans to conduct virtual interviews with LMS (approximately 30-45 minutes).

  Alex Kouts requested a copy of our Correction Request Form that we are currently using and the excel spreadsheet which the supervisors use to track and log complaints received.

  The number of licenses that will be purchased through Zendesk are currently 65; this includes LMGO, Antonio and Gerald Spiller (MIS), all List Maintenance supervisors, two List Maintenance staff members, Absentee supervisors, two Absentee staff members, Phone Bank manager, Phone Bank supervisors, four Phone Bank staff members, borough chiefs and deputies, and the Executive Management.

  The schedule for the borough front line staff interviews are as follows:

  Tuesday, September 22nd      Brooklyn 3:00 pm      Staten Island 4:00 pm

  Wednesday, September 23rd   Phone Bank 3:00 pm

  Thursday, September 24th      Queens 9:00 am      Bronx 3:00 pm
  Manhattan 4:00 pm

- **September 22, 2020 @ 3:00 pm Brooklyn//4:00 pm Staten Island**

  LMGO and Brooklyn List Maintenance supervisors conducted a frontline staff interview video conference call with Alex Kouts from Indigov.

  During the conference meeting we discussed:

  - Brooklyn List Maintenance supervisors walked Alex Kouts through the day to day operations of the complaint process for the List Maintenance supervisors and staff. They explained how staff uses:
    - AVID system:
      - How to do a voter search
      - How the queues work
    - Correction request form

9

- How it's used in the AVID system to update a voter's record
  - Examples of the different types of complaints received which are either staff error or voter error and the different channels we receive them (phone, in-person, General Office phone bank) were provided
  - When complaints are received a correction request form is to be completed and scanned into the voters' record
  - Bipartisan staff will ensure the correction was entered, once saved in quality the complaint is entered into the correction tracking spreadsheet
  - If complaint is received via e-mail, staff will respond to the voter via e-mail advising the correction is being processed and to expect a notice to reflecting correction
  - When the error is due to the voter, a registration form is to be sent via USPS delivery
  - Alex Kouts asked how long our response time is with regards to a complaint:
  - With emails: as long as voter provides all pertinent information 1-2 days, if not then upon receipt of necessary information from the voter
  - With phone calls/in-person: 1-2 days

LMGO and Staten Island List Maintenance supervisors conducted a frontline staff interview video conference call with Alex Kouts from Indigov.

During the conference meeting we discussed:

- Staten Island List Maintenance supervisors walked Alex Kouts through the day to day operations of the complaint process for the List Maintenance supervisors and staff. They explained how staff uses:
  - AVID system:
    - How to do a voter search
    - How the queues work
  - Correction request form
    - How it's used in the AVID system to update a voter's record
  - Examples of the different types of complaints we receive which are either staff error or voter error and the different channels we receive them (phone, in-person, General Office phone bank) were provided

- The e-mail complaint process was explained to Alex Kouts and walked him through the opening of an email, changing a voter's record and responding to a voter
- When complaints are received a correction request form is filled out and scanned into the voters record
- Bipartisan staff will ensure the correction was entered, once saved in quality the complaint is entered into the correction tracking spreadsheet
- When the error is due to the voter, a registration form is sent via mail
- Alex Kouts asked how long our response time is with regards to a complaint:
- With emails: as long as voter provides all pertinent information 1-2 days, if not then there's a back and forth email to the voter
- With phone calls/in-person: within an hour or two

- **September 23, 2020 @ 3:00 pm GO Phone Bank**

  LMGO and General Office Phone Bank supervisors and two staff members conducted a frontline staff interview conference call with Alex Kouts from Indigov.

  During the conference meeting we discussed:

  - Phone Bank supervisors walked Alex Kouts through the day to day operations of the complaint process for the General Office Phone Bank staff. They explained:
  - The most received types of voters complaints:
    - Voter cannot find their name registered on the BOE website
    - Date of Birth, address, party, or name needs to be adjusted
  - The volume of phone calls they receive
  - When complaints are received a correction request form is filled out and sent to the correct borough office via interoffice mail

- **September 24, 2020 @ 9:00 am Queens//3:00 pm Bronx//4:00 pm Manhattan**

  LMGO and Queens List Maintenance supervisors conducted a frontline staff interview video conference call with Alex Kouts from Indigov.

  During the conference meeting we discussed:

- Queens List Maintenance supervisors walked Alex Kouts through the day to day operations of the complaint process for the List Maintenance supervisors and staff. They explained how staff uses:
- AVID system:
    - How to do a voter search
    - How the queues work
- Correction request form
    - How it's used in the AVID system to update a voter's record
- They gave examples of the different types of complaints received which are either staff error or voter error and the different channels we receive them (phone, in-person, GO phone bank)
- When complaints are received a correction request form is to be filled out and scanned into the voters record
- Bipartisan staff will ensure the correction was entered, once saved in quality the complaint is entered into the correction tracking spreadsheet
- If complaint is received via email BOE staff will respond to the voter via email explain that the correction is being processed and they will receive a notice to reflect the correction
- When the error is due to the voter, a registration form is sent via mail
- Alex asked how many complaints Queens receives: between 5-10 complaints a day at the borough office; 5 or more a day from the GO phone bank; 2 a day from in-person
- Alex Kouts asked how long our response time is with regards to a complaint:
- With emails: as long as voter provides all pertinent information 1-2 days, if not then there's a back and forth email to the voter
- With phone calls/in-person: 1-2 days

LMGO and Bronx List Maintenance supervisors conducted a frontline staff interview video conference call with Alex Kouts from Indigov.

During the conference meeting we discussed:

- Bronx List Maintenance walked Alex through the day to day operations of the complaint process for the List Maintenance supervisors and staff. They explained how staff uses:
- AVID system:
    - How to do a voter search

- How the queues work
- o Correction request form
  - How it is used in the AVID system to update a voter's record
- o They gave examples of the different types of complaints we receive which are either staff error or voter error and the different channels we receive them (phone, in-person, GO phone bank)
- o When complaints are received a correction request form is filled out and scanned into the voters record
- o Bipartisan staff will ensure the correction was entered, once saved in quality the complaint is entered into the correction tracking spreadsheet
- o If complaint is received via email BOE staff will respond to the voter via email explain that the correction is being processed and they will receive a notice to reflect the correction
- o When the error is due to the voter, a registration form is sent via mail
- o Alex Kouts asked what are the highest volume of complaints received in their borough office, first/last name and date of birth
- o Alex Kouts asked how long is response time regarding a complaint and was advised upon receipt; exact time varies

LMGO and Manhattan List Maintenance supervisors conducted a frontline staff interview conference call with Alex Kouts from Indigov.

During the conference meeting we discussed:

- o Manhattan List Maintenance supervisors walked Alex Kouts through the day to day operations of the complaint process for the List Maintenance supervisors and staff. They explained how staff uses:
- o AVID system:
  - How to do a voter search
  - How the queues work
- o Correction request form
  - How it's used in the AVID system to update a voter's record
- o They gave examples of the different types of complaints we receive which are either staff error or voter error and the different channels we receive them (phone, in-person, GO phone bank)

- When complaints are received a correction request form is filled out and scanned into the voters record
- Bipartisan staff will ensure the correction was entered, once saved in quality the complaint is entered into the correction tracking spreadsheet
- If complaint is received via email BOE staff will respond to the voter via email explain that the correction is being processed and they will receive a notice to reflect the correction
- When the error is due to the voter, a registration form is sent via mail
- Alex Kouts asked how many complaints Manhattan receives: between 15-20 complaints a day at the borough office and 15-20 a day from the GO phone bank
- Alex Kouts asked how long our response time is with regards to a complaint:
- It will take 2-3 days maybe longer if there's a high volume in regards to the everyday workflow

- **September 28, 2020 @ 9:00 am**

  LMGO conducted a conference call with Alex Kouts from Indigov to discuss the borough interviews. Alex Kouts reviewed the roles and triggers. It was also discussed that each borough will be an individual group and will see e-mails for only their borough and for their specific issues.

  Specific types of reports within Zendesk and the utility thereof were discussed..

  Macros (prepared responses for staff entry when responding to the voter). Various scenarios were discussed for inclusion into the Zendesk system.

- **October 1, 2020 @ 3:00 pm**

  LMGO conducted a conference call with Alex Kouts from Indigov to discuss how Zendesk will work. All voter complaints will be formatted into emails. Staff will respond to the voter's complaint and the error will be updated in the AVID system. Alex Kouts is working closely with MIS department to configure the URL link to be placed on the BOE Homepage.

  Alex Kouts will add sub-groups in the system, for example Staten Island List Maintenance and Staten Island Absentee, this will allow each department to view and respond to the emails pertaining to their issues. Staff with access Zendesk, fill out the voter profile which

consists of their name, date of birth, address, etc. and in order to add the ticket into the system and reply to the voter these fields must be completed.

Before staff resolves a ticket, they will add a comment in the comment box along with the ticket number in the AVID system.

Until the AVID system and Zendesk can be linked together, staff that does not have access will fill out the Zendesk complaint form.

○ **October 7, 2020 @ 2:00 pm**

LMGO along with Gerald Spiller  conducted a conference call with Alex Kouts from Indigov. Alex Kouts has given us admin rights, so we can try to navigate the system and have a feel for it.

On Tuesday LMGO sent Alex Kouts our proposed flow charts. While on the call we discussed the flow charts and revised them with Alex Kouts to best meet Board needs.

Received e-mails will be sent to groups (LMBK, LMBX, LMMN, LMQN, and LMSI) not to individual staffers. This will ensure a timely response. Alex Kouts added a print button within the program to easily print out the ticket for scanning into the voter's record.

Alex Kouts to complete training materials. LMGO advised that a small training session with Staten Island may commence.

Alex Kouts wanted to know format preference for the Zendesk email page examples were requested for review and approval.

Alex to work with Gerald Spiller or Antonio Ortiz to establish a shortcut on staff desktops.

Accessing staff efficiency reports was stressed as important and assurance was provided that same will be available

○ **October 13, 2020 @ 10:00 am**

LMGO conducted a conference call with Alex Kouts from Indigov.

During the conference call the following was discussed:

Trial run training to be conducted with the Staten Island List Maintenance supervisors. First "kick off" session to be conducted on Tuesday October 20, 2020 at 9:00 a.m.to provide an opportunity to determine if second portion of the mock training with Staten Island may proceed and to determine if the remainder of staff may be trained before or after the Election Day. The second portion of the mock

training will be hands on with the staff. While on their own computers, staff will log into Zendesk and go step by step through the process. Staff will create, assign, open, and resolve test tickets. This will take about sixty to ninety minutes. LMGO will confirm the second portion of the mock training after the "kick off" session.

Alex Kouts and his team completing training materials.

Formatting the Zendesk e-mail response to voters. Alex Kouts will send a sample of a formatted email response with one of the Board of Elections logos provided.

Alex Kouts continues to work with Gerald Spiller and Antonio Ortiz to setup a desktop shortcut for staff.

o **<u>October 16, 2020 @ 2:00 pm</u>**

LMGO conducted a conference call with Alex Kouts from Indigov.

During the conference call the following was discussed:

Training materials – Alex Kouts and his team briefly went over some of the training materials created. Completed training materials will be sent next week for review and feedback. The training materials, which will be step-by-step instructions, will be in a PDF format for placement on the BOE Homepage upon completion of training.

Kick-off training to be done with all LMS.

Hands-on training will be conducted on a borough by borough basis with all staff assigned to Zendesk. The staff will be prompted to log into Zendesk on their personal computers and will be walked through each step of processing tickets by Zendesk support staff.

Training will consist of:

- o What is Zendesk
- o Introduce Zendesk work interface
- o Guides with screenshots

If training needs to be postponed due to the General Election and the canvassing of ballots, the training will be rescheduled as appropriate.

- o SLA's - ticket will start off as green, within 24 hours if the ticket has not been reviewed it will turn yellow, after 48 hours it will turn red.
- o E-mail formatting – Alex Kouts will review the BOE logo provided and create a BOE template for review and approval.

Alex Kouts will set up a meeting with Gerald Spiller for next week to discuss whitelisting, creating the URL, creating an e-mail account and creating a web form where the voter is prompted to give us all their pertinent information, and for staff to reply.

- ○ **<u>October 20, 2020 @ 9:00 am</u>**

Alex Kouts from Indigov conducted a video conference "Kick off" mock training with the List Maintenance supervisors from Staten Island and the LMGO.

During the training Alex Kouts went over:

Slides he and his team made for the training. They discussed the training process and goals that will be achieved using the system, for example increasing staff efficiency, reporting accuracy, and relieving some of the day to day issues associated with communicating with the voters, especially via email.

He conducted an overview of logging into Zendesk, creating a ticket, responding to a voter via email and closing out a ticket.

He explained the training process.

- ○ <u>Step one will be a kick off training</u> – this will be a group introductory session to Zendesk and will be conducted with LMS.
- ○ <u>Step two will be hands-on</u>- conducted on a borough by borough basis with all staff assigned to Zendesk. The staff will be prompted to log into Zendesk on their own work computers and will be walked through each step of processing tickets by Zendesk support staff.
- ○ <u>Step three will be shadow and support</u> – the staff will log into Zendesk and begin to process work on their own. They will have Indigov support via a live chat box to address any issues.
- ○ <u>Step four will be optimization</u> – during this period, Indigov will continue to collaborate with the Board of Elections. They will modify Zendesk to best suit our needs as our use of the system grows.

As tickets are assigned to a particular group, each person in the group will get an email notification in the BOE email box. If a ticket is assigned to a specific person, the same will occur for that individual.

If a ticket is forwarded to the wrong borough, staff has the ability to forward that ticket to the correct borough. A notification will be sent to our private email box informing us the email was sent to the correct borough.

All fields in the voter profile must be completed in Zendesk in order for the ticket to be processed and/or closed.

- ○ **October 23, 2020 @ 11:30 am**

    Alex Kouts from Indigov conducted a video conference mock training with the List Maintenance supervisors from Staten Island and the LMGO.

    During the training Alex Kouts went over:

    Introducing his team and explained that we will be working closely with them as development of the program continues.

    Requesting feedback on any issues or questions we may have during or after the mock training so that he can adjust the system to meet our needs.

    The training manual and mock e-mails. Each borough office will see its tickets in Zendesk. The names of all staff working in Zendesk will appear in the borough folder and the ticket can be assigned to a specific staff member or the entire borough.

    Zendesk has the ability to search the Deleted Folder for any spam e-mails before they are opened by staff, this is an excellent security feature.

    When tickets are solved, they will be placed into the solved folder. They will not be removed unless archived. Once a voter is added into Zendesk a profile will be saved into the system. If said voter should send another email, staff can search voter by name in the search field.

    Staff will be able to do a partial search for a voter, example – just first name, or just last name. Any tickets associated to the search will show. Staff will also be able to search for tickets by ticket number. Alex Kouts will send the materials used in today's training so we have a chance to review them. Alex Kouts will reach out to us to set up more time to do another mock training with Staten Island.

- ○ **October 30, 2020 @ 11:30 am**

    Alex Kouts from Indigov conducted a video/conference call with the LMGO and Gerald Spiller.

    During the call Alex Kouts went over the following tasks that he and Gerald Spiller need to perform for the Zendesk system to be operational:

- Firewall changes – Gerald Spiller will reach out to Alex Kouts to receive URL and ports needed to be open for staff to access site. Also an email needs to be sent to our Firewall Engineer AOgunwale@boe.nyc and cc misdevops@boe.nyc regarding the following:
- URL's needed to be open on Firewall
- Ports needed to be open for those URL's
- Exchange Configuration for reply email – we will be using support@votenyc.zendesk.com to engage with voters (after the voters initial request).
- Exchange E-mail Forward – e-mails will not be forwarded to Zendesk (can be changed later if needed); will look into Zendesk Outlook plugin to see compatibilities with our system.
- Website Form – MIS will be meeting with Indigov to develop and check complexities with our website. Also a meeting date will be setup for the Website tech. Alex stated that the web form page can be built within a couple of weeks.
- Gerald Spiller has the Zendesk button ready to be placed on the BOE Homepage as soon as "go live" instruction is provided.
- Gerald Spiller has the Zendesk Training button ready to be placed on the BOE Homepage once Alex sends the training material for review and approval. The training material is in PDF format.
- LMGO will give Alex dates for Zendesk training with the boroughs in December. Training will be conducted as follows:
  - -Kickoff with all five borough supervisors which will last approximately 60 minutes
  - -Individual borough training sessions which will last approximately 60-90 minutes
  - -If need be individual staff training for those who need more help with learning the system

.

- **<u>Zendesk Training Schedule</u>**

| | |
|---|---|
| Wednesday, December 2nd | Kickoff with LMS/Absentee Supervisors 10:00 am |
| Wednesday, December 2nd | Staten Island 2:00 pm |
| Wednesday, December 9th | Brooklyn 11:30 am |
| Wednesday, December 9th | Queens 1:00 pm |
| Thursday, December 10th | GO Phone Bank 9:30 am |
| Thursday, December 10th | Manhattan 11:30 am |
| Friday, December 11th | Bronx 11:00 am |

- **December 1, 2020 @ 3:00 pm**

  LMGO conducted a conference call with Alex Kouts from Indigov. We discussed during this meeting that Christina Hall (MIS) was corrected system issues related to e-mail forwarding. LMGO will review the VoterMailCO emails for any complaints for Staten Island so they can begin their training on December 2nd.

  Indigov support staff will be able to assist BOE staff through any issues via a LIVE chat box as needed. Alex from Indigov and LMGO will continue to have weekly check-ins to receive any feedback from borough staff. End of January 2021 Alex Kouts would like to discuss the integration of Zendesk with AVID.

  Alex Kouts from Indigov and his team will run some test emails to ensure that the systems are working together through the BOE domain.

- **December 2, 2020 @ 10:00 am – Kickoff Meeting**

  Alex Kouts and his team from Indigov/Zendesk conducted the kickoff presentation to the List Maintenance and Absentee supervisors. Alex Kouts introduced Jacquelyn and Krystal from his team who will be working closely with the boroughs throughout the training process and beyond.

  Alex Kouts showed how complaints are received, (via e-mail, phone calls, in-person and USPS) and how to complete processing. A Zendesk icon was been placed on the BOE Homepage.

- **December 2, 2020 @ 2:00 pm – Staten Island hands on training**

  Alex Kouts and his team conducted hands-on training with Staten Island. The staff will receive e-mails with passwords to set-up their accounts and once we have emails in the VoterMailCO emails Staten Island complete training will commence.

- **December 2, 2020 @ 4:00 pm**

  LMGO, Gerald Spiller and Chris (MIS) conducted a conference call with Alex Kouts and his team from Indigov to discuss the BOE domain. All test messages are going into and out of the system with no issues, the systems are working fine together. Alex Kouts will send all training materials and video to Gerald Spiller who will then add them to the BOE Homepage as a reference guide.

- **December 3, 2020 @ 9:30 am**

  LMGO and Gerald Spiller conducted a conference call with Alex Kouts and his team from Indigov and discussed adding a web form onto the BOE Homepage which will allow the voter to add all pertinent information regarding themselves to better assist the staff in correcting the voter's record. This information will be routed to Zendesk in the form of an e-mail.

  Gerald Spiller and Ethan from Indigov will work together to build the web form.

  As Staten Island did not have additional questions, Alex Kouts suggested continued use of the system to become more familiar, make test tickets and provide additional feedback.

- **December 7, 2020 @2:00 pm**

  LMGO conducted a conference call with Alex Kouts from Indigov, they discussed the lack of voter complaints via email, phone call and in person. The training schedule for the other boroughs was finalzed as follows:

  - Wednesday, December 9th – Brooklyn 11:30 am
  - Wednesday, December 9th – Queens 1:30 pm
  - Thursday, December 10th – General Office Phone Bank 9:30am
  - Friday, December 18th – Manhattan 10:00 am
  - Monday, December 21st – Bronx 10:00 am

- **December 9th, 2020 @ 11:30 am**

  Alex Kouts and his team from Indigov conducted a video/conference call with the LMGO, along with Brooklyn List Maintenance/Absentee supervisors and their staff to begin training. Through his slideshow presentation, Alex Kouts explained how Zendesk is going to work and asked staff throughout the presentation if they had any issues or concerns.  At the end of the presentation, an Indigov representative sent all staff an invite to create their passwords and join into Zendesk. Once accounts were created staff was permitted to go onto Zendesk and create test tickets and familiarize themselves with the new system. Alex emailed staff the training manual and a how-to reference guide.

  LMGO and Alex Kouts and his team from Indigov had a conference call at 1:00 pm to discuss that the borough staff should go into the system and create (play around with the system) test tickets so they can familiarize themselves with Zendesk.

On Wednesday, December 9th at 1:30 pm, Alex Kouts and his team from Indigov conducted a video/conference call with the LMGO, along with Queens List Maintenance/Absentee supervisors and their staff to begin training. Through his slideshow presentation, Alex Kouts explained how Zendesk is going to work and asked staff throughout the presentation if they had any issues or concerns. At the end of the presentation, an Indigov representative sent all staff an invite to create their passwords and join into Zendesk. Once accounts were created staff were permitted to go onto Zendesk and create test tickets and familiarize themselves with the new system. Alex Kouts emailed staff the training manual and a how-to reference guide.

o **December 10th, 2020 @9:30 am**

Alex Kouts and his team from Indigov conducted a video/conference call with the General Office Phone Bank supervisors and their staff to begin training. Through his slideshow presentation, Alex Kouts explained how Zendesk is going to work and asked staff throughout the presentation if they had any issues or concerns. At the end of the presentation, an Indigov representative sent all staff an invite to create their passwords and join into Zendesk. Once accounts were created staff were permitted to go onto Zendesk and create test tickets and familiarize themselves with the new system. Alex Kouts emailed staff the training manual and a how-to reference guide.

List Maintenance/Absentee supervisors and staff training was rescheduled to Friday, December 18th at 10:00 am.

Due to COVID-19 outbreak and a Special Election in the Bronx, the List Maintenance/Absentee supervisors and staff training was rescheduled to Monday, December 21st at 10:00 am.

o **December 15th, 2020**

Commissioners gave final approval for a one year contract with Zendesk. LMGO worked with MIS to determine the number of dual monitors required for staff. The following is the number needed in each borough office:

- Brooklyn – 8 monitors
- Queens – 9 monitors
- Manhattan – 8 monitors
- Bronx – 2 monitors
- Staten Island – 4 monitors

- **December 18th 2020**

  Alex Kouts and his team from Indigov conducted a video/conference call with the LMGO, along with Manhattan List Maintenance/Absentee supervisors and their staff to begin training. Via a slideshow presentation, Alex Kouts explained Zendesk. At the end of the presentation, an invite was sent to staff to to create passwords and join Zendesk. Once accounts are created staff are permitted to go onto Zendesk and create test tickets and familiarize themselves with the new system. Alex Kouts advised the staff they would be receiving the training manual and a how-to reference guide.

- **December 18, 2020 @10:00 am**

  Brooklyn, Staten Island, Queens and the General Office Phone Bank supervisors, along with their staff are using Zendesk and creating test tickets to familiarize themselves with the system. Boroughs' questions were addressed by LMGO and Indigov.

  Gerald Spiller is working with Indigov to create the web form and place it on the BOE Homepage to assist staff by reducing data entry.

- **December 21, 2020 @10:00 am**

  Alex Kouts and his team from Indigov conducted a video/conference call with the LMGO, along with the Bronx List Maintenance/Absentee supervisors and their staff to begin training. Via a slideshow presentation, Alex Kouts explaineded Zendesk. At the end of the presentation, staff was sent an invite to create passwords and join Zendesk. Once accounts are created staff are permitted to go onto Zendesk and create test tickets and familiarize themselves with the new system. Alex Kouts advised the staff they would be receiving the training manual and a how-to reference guide.

- **December 22nd 2020**

  LMGO requested a conference call with Alex Kouts and his team from Indigov to come up with a course of action to have the Zendesk system go **live** on December 28th.

- **December 28, 2020**

  Zendesk is **Live and operational**. Staff has begun to process complaints via the system.

    o   The Board's MIS staff worked diligently with representatives from Indigov on technical issues and also to create a web form that will be placed into the BOE Homepage. When the voter sends an email, they will fill out all pertinent information regarding themselves and the issue to their voter record. This will provide staff with important information about the voter ahead of time, which will shorten resolve time for any issue the voter is inquiring about.

## New or Revised NVRA and/or New York Election Law Procedures

    o   **Voter Registration Check Notices**
        Provides for mailing annual voter registrant checks no more than 90 days before a Primary Election, and no less than 85 days before a Primary Election. Amends section 4-117 of the Election Law.

## Report on Each Election during the Prior Calendar Year (broken down by borough)

The yearly statistical data that the Board is required to exchange is provided in Excel format as part of the Board's March 15th submission. The report also includes an explanation of the various fields. A breakdown of the data can also be found in the attached report titled NYC Yearly Registration Stats.