| Year | ElectionDate | Boro | ProvBallotInactiveNCOANoFwdAddCount | ProvBallotInactiveNCOAMoveFromCityCount | ProvBallotInactiveRetMailNoFwdAddCount | ProvBallotInactiveRetMailMoveFromCityCount |
|------|--------------|------|--------------------------------------|------------------------------------------|-----------------------------------------|---------------------------------------------|
| 2020 | 20200623 | 1 | 0 | 84 | 0 | 88 |
| 2020 | 20200623 | 2 | 0 | 117 | 3 | 208 |
| 2020 | 20200623 | 3 | 0 | 182 | 3 | 309 |
| 2020 | 20200623 | 4 | 0 | 125 | 0 | 83 |
| 2020 | 20200623 | 5 | 0 | 16 | 0 | 15 |
| 2020 | 20201103 | 1 | 0 | 334 | 1 | 576 |
| 2020 | 20201103 | 2 | 0 | 538 | 7 | 1414 |
| 2020 | 20201103 | 3 | 0 | 717 | 35 | 1492 |
| 2020 | 20201103 | 4 | 0 | 648 | 1 | 750 |
| 2020 | 20201103 | 5 | 0 | 233 | 1 | 195 |

| ProvBallotCancelledAddrChangeNoResponseCount | ProvBallotCancelledAddrChangeConfirmedCount | ProvBallotCancelledMovedToOtherNYCountyCount | ProvBallotCancelledRegistrantWrittenReqCount | ProvBallotCancelledRegistrantDeathCount | ProvBallotCancelledRegistrantDuplicateCount |
|---:|---:|---:|---:|---:|---:|
| 9 | 69 | 0 | 0 | 0 | 17 |
| 13 | 77 | 0 | 0 | 1 | 41 |
| 21 | 139 | 1 | 0 | 0 | 22 |
| 11 | 89 | 0 | 0 | 0 | 7 |
| 4 | 16 | 0 | 0 | 0 | 7 |
| 101 | 313 | 0 | 2 | 2 | 9 |
| 158 | 338 | 2 | 3 | 2 | 6 |
| 243 | 314 | 0 | 3 | 3 | 16 |
| 165 | 476 | 2 | 2 | 5 | 30 |
| 71 | 75 | 0 | 1 | 0 | 31 |