| Year | Election Date | Boro | ProvBallotInactive NCOANoFwdAdd Count | ProvBallotInactive NCOAMoveFromCity Count | ProvBallotInactive RetMailNoFwdAdd Count | ProvBallotInactive RetMailMoveFromCity Count | ProvBallotCancelled AddrChangeNoResponse Count |
|---|---|---|---|---|---|---|---|
| 2021 | 20210622 | 1 | 4 | 213 | 0 | 58 | 0 |
| 2021 | 20210622 | 2 | 1 | 34 | 0 | 46 | 0 |
| 2021 | 20210622 | 3 | 1 | 198 | 1 | 95 | 0 |
| 2021 | 20210622 | 4 | 0 | 70 | 0 | 26 | 0 |
| 2021 | 20210622 | 5 | 0 | 14 | 0 | 8 | 0 |
| 2021 | 20211102 | 1 | 1 | 124 | 0 | 46 | 0 |
| 2021 | 20211102 | 2 | 1 | 29 | 0 | 46 | 0 |
| 2021 | 20211102 | 3 | 2 | 111 | 0 | 57 | 0 |
| 2021 | 20211102 | 4 | 0 | 88 | 0 | 24 | 0 |
| 2021 | 20211102 | 5 | 1 | 33 | 0 | 8 | 0 |

| Year | Election Date | Boro | ProvBallotCancelled AddrChangeConfirmed Count | ProvBallotCancelled MovedToOtherNYCounty Count | ProvBallotCancelled RegistrantWrittenReq Count | ProvBallotCancelled RegistrantDeath Count | ProvBallotCancelled RegistrantDuplicate Count |
|---|---|---|---|---|---|---|---|
| 2021 | 20210622 | 1 | 0 | 185 | 0 | 0 | 3 |
| 2021 | 20210622 | 2 | 0 | 41 | 0 | 0 | 1 |
| 2021 | 20210622 | 3 | 0 | 195 | 0 | 1 | 3 |
| 2021 | 20210622 | 4 | 0 | 100 | 0 | 1 | 0 |
| 2021 | 20210622 | 5 | 0 | 11 | 0 | 2 | 1 |
| 2021 | 20211102 | 1 | 0 | 114 | 2 | 0 | 3 |
| 2021 | 20211102 | 2 | 0 | 41 | 3 | 2 | 2 |
| 2021 | 20211102 | 3 | 2 | 121 | 3 | 1 | 1 |
| 2021 | 20211102 | 4 | 0 | 116 | 4 | 0 | 0 |
| 2021 | 20211102 | 5 | 0 | 3 | 0 | 0 | 1 |