| Extract Field | Description | |
|---|---|---|
| Boro | numeric value | 1=MN, 2=BX, 3=BK, 4=QN, 5=SI, |
| Year | YYYY format of extract year. | ex. 2018 |
| ElectionDate | YYYYMMDD | ex. 20181106 |
| ProvBallotInactiveNCOANoFwdAddCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – No Forwarding Address. | |
| ProvBallotInactiveNCOAMoveFromCityCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – Forwarding Address Outside of Jurisdiction. | |