

# The Board of Elections in the City of New York

Annual Report of List Maintenance Activities

for

January 2022 through December 2022

**Annual Report of List Maintenance Activities for January 2022 through December 2022**

**List Management Managers General Office (LMGO) and List Maintenance Borough Supervisors (LMS) Reports for Quality Control**

LMGO review reports on a daily and weekly basis to audit and monitor Borough List Maintenance work. LMS monitor daily workflow and review related reports on a daily and weekly basis.

The work performance of List Maintenance Staff is evaluated regularly and appropriate remedial action is taken, including removal from the unit, if necessary.

During calendar year 2022, 18 staff members required remedial action. Such employees were retrained in targeted List Maintenance areas, specific errors corrected and sample template training was conducted. There were no necessary staff transfers from any unit.

**Unscheduled Site Visits**

The LMGO conducted unscheduled in-person site visits to all five boroughs during calendar year 2022. The LMGO reviewed List Maintenance manuals, training, and procedures with the LMS and addressed any list maintenance questions or concerns from supervisors and/or staff. LMGO are in regular contact with LMS via telephone calls and virtual conferences to address any concerns, issues or questions.

**Upgrades to Voter Registration Database (AVID)**

To ensure that AVID technology remains current AVID 7 will be implemented during calendar year 2023. During calendar year 2022, LMGO, in consultation with LMS and AVID technical staff, focused much of its efforts on the AVID 7 upgrade which will be implemented later this year. AVID 7 upgrades will include:

- **Security –**
  - AVID 7 will require multi-factor authentication. Separate AVID user ID and passwords will be retired. AVID will weigh existing system authorizations that grant staff members access to NYC Board of Elections (BOE) computers and BOE emails to provide secure access to the AVID Voter Registration system. Multi-factor authentication will require a secondary authentication method designated by MIS department. The two methods of secondary authentication include security card access and leveraging the security features of the Microsoft Authenticator Application.

- **AVID 7 Queue Selector Enhancement –**
  - In AVID 7 the staff will have limited access to queues. Staff will have specified access to queues pursuant to designated responsibilities. To provide greater "real-time" management, the current count of unlocked work items will be displayed in

the icon representing each work queue. In prior versions, AVID displayed the list of all work queues for all currently logged in staff member to view. AVID 7 will provide a more accurate display of pending work.

- **Exceptions Workflow UI modifications –**
    - AVID 7 will display an exceptions workflow dialog when the staff member clicks on the work item ID on the bottom right corner of the status bar; to replace the current toolbar icons (i.e. print letter (suspend), delete, and escalate) and staff may select one of the above options to execute an action from a dialogue box.

**Complaint Intake Procedures**

- Manual tracking of daily voter complaints was replaced the Zendesk system went on December 28, 2020.
- Since it became operational, a total of 4,843 complaints were resolved and tracked via Zendesk. From January, 2022, through December, 2022, the board received 1,814 complaints citywide which may have resulted in changes to voter records. Each complaint (i.e. incorrect spelling of name, incorrect date of birth, incorrect address, etc.) was investigated and recorded by using the Board Voter Correction form. Forms were scanned into our AVID system and attached to the voter's record prior to any changes. Upon completion of an investigation into a complaint and review of the voter's record, any necessary changes were made to voter records. Such work was followed by a quality queue review and bipartisan approval.
- Complaints from voters forwarded to the GO Voter Registration Department are forwarded to the boroughs through the VotermailCO email group. Specific email links were created for each borough office:
  bronx@voternyc.zendesk.com
  brooklyn@voternyc.zendesk.com
  manhattan@voternyc.zendesk.com
  queens@voternyc.zendesk.com
  statenisland@voternyc.zendesk.com
- Throughout 2022, LMGO worked closely with representatives from Indigov, MIS and LMS to develop and implement updates to the automated complaint tracking system. Such updates will provide a more modern, secure, and efficient user-friendly digital solution to improve processing. The system is designed to track all voter complaints from receipt to resolution and to generate any necessary staff reminders to resolve outstanding issues. The system is also designed to provide valuable data and reports regarding complaint types, actions taken to remedy same, and to track causation. Tracking cause data provides further ability to implement appropriate systemic remediation.
- Board staff worked closely and diligently with the consultants from Indigov. Indigov consultants assisted in developing effective solutions for managing and addressing voter complaints. Indigov completed building and tailoring the system

to effectively address systemic needs. Below are summaries of the individual meetings to provide context to the mutual efforts of staff and Indigov:

- **February 9, 2022**
  Indigov conducted a video conference call with LMGO. Indigov team will update the procedures and provide us with a "How to Reference Guide" which will make Zendesk more accessible for all staff involved. LMGO was advised, that the updated procedures could take about one to two months for completion. Indigov team discussed a new feature, the voter snapshot (Blue Box). This new feature will allow the staff to see and update all of the voter's important information in a single location rather than toggling back and forth between tabs on a ticket. By clicking on the edit feature, the updated voter information will populate into a voter profile.

- **March 15, 2022**
  LMGO conducted a video conference call with the LMS, Indigov and N-Tier.
- LMS wanted to know if the voter serial number (VSN) could be automatically entered into the voter's profile in Zendesk – given cyber security issues, it was strongly recommended that the two systems remain de-linked. Once the Blue Box was up and running, staff would not have to add the voter profile to the left hand side of the screen in Zendesk – the update would be automated. LMS requested that entry of information on the left hand side of the screen (i.e. borough, complaint, error type) and selection of Action Taken will populate on the subject line of the ticket.
- As per N-Tier AVID Training Module will be cleared of prior training mock documents. N-Tier will add E-DMV registrations to the module and LMS will create mock registrations, and same will be marked FOR TRAINING ONLY, to train existing and new staff members. Supervisors requested a code be entered onto the voter's activity to reflect notice type sent to voters, (i.e. Transfer, Approval, Confirmation, etc.).
- Discussion regarding revised procedures to conform to amended Election Law Section 5-508, which eliminated the requirement for a domestic violence victim to seek a court order to keep their address confidential, and the New York State Board of Election's new Address Confidentiality Form. It was also discussed that those seeking such protection must provide a residential address, not a PO Box address, to be assigned to the correct ED/AD. All information is to be kept Confidential and separate from all voters.

- **May 3, 2022**
  Indigov team conducted a video conference call with the LMGO and adjustments to the procedures were discussed. Upon completion, Indigov staff would send the procedures for LMS to review.

- **May 10, 2022**
  Indigov team conducted a video conference call with the LMGO and the LMS and the updated procedures Indigov provided were discussed, with emphasis on the new feature the Blue Box. Staff was advised that Indigov staffer is available for consultation. A proposal to limit Zendesk licenses and giving them to the List Maintenance department was discussed.

- **June 17, 2022**
  Indigov team conducted a video conference call with the LMGO to finalize adjustments on the procedures and Zendesk licenses in the borough offices was discussed to permit adjustment to the Indigov master list.
  Tickets placed in "pending" stops response time "clock" awaiting additional voter information. Such change adjusts the "running clock" and more accurately reflects complaint ticket resolution. Upon voter response the clock resumes. Two future proposals were discussed - training video and test tickets to improve training.

- **October 13, 2022**
  LMGO conducted a video conference call with LMS, Indigov team and N-Tier. LMS made a request to Indigov team to adjust the state dropdown to show New York at all times. To accommodate borough staff general election duties, training and re-training sessions will begin in 2023. Indigov has modified the clock so tickets will be on a 9-5 business day basis. Supervisors were reminded to check the reporting daily. N-Tier discussed an updates to the AVID. AVID 7.0, is in development. Possible cloud migration to address potential security issues and multi-factor authentication was raised.

**New or Revised NVRA and/or New York Election Law Procedures**

No revisions to the Election Law in 2022 were in the purview of List Maintenance.

**Report on Each Election during the Prior Calendar Year (broken down by borough)**

The yearly statistical data that the Board is required to exchange will be provided in Excel format as part of the Board's March 1, 2023 submission. That report will also include an explanation of the included fields. As a courtesy, a copy of the yearly statistical data is also enclosed with this Annual Report.

| Election Year | Election Date | Boro | ProvBallotInactive NCOANoFwdAdd Count | ProvBallotInactive NCOAMoveFromCity Count | ProvBallotInactive RetMailNoFwdAdd Count | ProvBallotInactive RetMailMoveFromCity Count | ProvBallotCancelled AddrChangeNoResponse Count |
|---|---|---|---|---|---|---|---|
| 2022 | 20220628 | 1 | 7 | 0 | 0 | 340 | 0 |
| 2022 | 20220628 | 2 | 1 | 1 | 0 | 65 | 0 |
| 2022 | 20220628 | 3 | 0 | 0 | 5 | 30 | 0 |
| 2022 | 20220628 | 4 | 0 | 0 | 0 | 7 | 0 |
| 2022 | 20220628 | 5 | 1 | 0 | 0 | 4 | 0 |
| 2022 | 20220823 | 1 | 1 | 2 | 0 | 114 | 0 |
| 2022 | 20220823 | 2 | 0 | 0 | 0 | 16 | 0 |
| 2022 | 20220823 | 3 | 0 | 0 | 0 | 4 | 0 |
| 2022 | 20220823 | 4 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 20220823 | 5 | 0 | 0 | 0 | 1 | 0 |
| 2022 | 20221108 | 1 | 18 | 9 | 0 | 2597 | 0 |
| 2022 | 20221108 | 2 | 4 | 1 | 0 | 846 | 0 |
| 2022 | 20221108 | 3 | 10 | 6 | 58 | 1650 | 0 |
| 2022 | 20221108 | 4 | 2 | 1 | 0 | 112 | 0 |
| 2022 | 20221108 | 5 | 0 | 0 | 0 | 6 | 0 |

| Year | Election Date | Boro | ProvBallotCancelled AddrChangeConfirmed Count | ProvBallotCancelled MovedToOtherNYCounty Count | ProvBallotCancelled RegistrantWrittenReq Count | ProvBallotCancelled RegistrantDeath Count | ProvBallotCancelled RegistrantDuplicate Count |
|---|---|---|---|---|---|---|---|
| 2022 | 20220628 | 1 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 20220628 | 2 | 0 | 0 | 0 | 1 | 0 |
| 2022 | 20220628 | 3 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 20220628 | 4 | 0 | 3 | 0 | 4 | 0 |
| 2022 | 20220628 | 5 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 20220823 | 1 | 0 | 0 | 4 | 3 | 0 |
| 2022 | 20220823 | 2 | 0 | 4 | 0 | 0 | 0 |
| 2022 | 20220823 | 3 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 20220823 | 4 | 0 | 1 | 0 | 0 | 0 |
| 2022 | 20220823 | 5 | 0 | 0 | 0 | 0 | 0 |
| 2022 | 20221108 | 1 | 0 | 2 | 0 | 0 | 0 |
| 2022 | 20221108 | 2 | 0 | 3 | 0 | 0 | 0 |
| 2022 | 20221108 | 3 | 0 | 4 | 0 | 0 | 0 |
| 2022 | 20221108 | 4 | 0 | 6 | 0 | 0 | 0 |
| 2022 | 20221108 | 5 | 0 | 0 | 0 | 0 | 0 |

| Extract Field | Description |
| --- | --- |
| Boro | numeric value |
| Year | YYYY format of extract year. |
| ElectionDate | YYYYMMDD |
| ProvBallotInactiveNCOANoFwdAddCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – No Forwarding Address. |
| ProvBallotInactiveNCOAMoveFromCityCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to NCOA Notice – Forwarding Address Outside of Jurisdiction. |
| ProvBallotInactiveRetMailNoFwdAddCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to Returned Mail – No Forwarding Address. |

| Field | Description |
|---|---|
| ProvBallotInactiveRetMailMoveFromCityCount | The number of provisional ballots cast by individuals whose voter registrations were in inactive status due to Returned Mail – Forwarding Address Outside of Jurisdiction. |
| ProvBallotCancelledAddrChangeNoResponseCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to change of address based upon second-hand information, no response to confirmation notice. |
| ProvBallotCancelledAddrChangeConfirmedCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to change of address based upon second-hand information, affirmative response to confirmation notice |

| | |
|---|---|
| ProvBallotCancelledMovedToOtherNYCountyCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to a request of registrant, based upon submission of voter registration in another New York jurisdiction |
| ProvBallotCancelledRegistrantWrittenReqCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to request of registrant, based upon other confirmation in writing. |
| ProvBallotCancelledRegistrantDeathCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to death of registrant. |
| ProvBallotCancelledRegistrantDuplicateCount | The number of provisional ballots cast by individuals whose voter registrations were in cancelled status due to a duplicate registrant. |

1=MN, 2=BX, 3=BK, 4=QN, 5=SI, 6=Citywide

ex. 2018

ex. 20181106